TRH
HEALTH INS. CO.

www.trh.com

# TRHH CONTRACT
# PREMIER HEALTH 315 G
# January 2011

Administered by

BlueCross BlueShield of Tennessee

1 Cameron Hill Circle
Chattanooga, Tennessee 37402

bcbst.com



Exhibit A

## Important Member Notifications

### Patient Protection and Affordable Care Act

### Grandfathered Health Plan Disclosure

This health insurance issuer believes this Coverage is a "grandfathered health plan" under the Patient Protection and Affordable Care Act (the Affordable Care Act). As permitted by the Affordable Care Act, a grandfathered health plan can preserve certain basic health coverage that was already in effect when that law was enacted. Being a grandfathered health plan means that your Coverage may not include certain consumer protections of the Affordable Care Act that apply to other plans, for example, the requirement for the provision of preventive health services without any cost sharing. However, grandfathered health plans must comply with certain other consumer protections in the Affordable Care Act, for example, the elimination of lifetime limits on benefits.

Questions regarding which protections apply and which protections do not apply to a grandfathered health plan and what might cause a plan to change from grandfathered health plan status can be directed to Ryan Brown, TRIHI Chief Compliance & Privacy Officer, at 1-877-874-8323. You may also contact the U.S. Department of Health and Human Services at www.healthreform.gov.

---

### Women's Health and Cancer Rights Act of 1998

If a Member, in consultation with their Physician, decides to have reconstructive breast surgery after a mastectomy, the Member's Coverage includes benefits for certain services or supplies related to that reconstructive surgery. The Covered Services and supplies are:

- Reconstruction of the breast on which the mastectomy was performed.
- Surgery and rebuilding of the other breast for a balanced appearance.
- Prosthesis and treatment of physical complications at all stages of mastectomy. This benefit includes Coverage for services related to treating swollen lymph glands.

Benefits will be subject to Deductible and Coinsurance Percentages stated in the Schedule of Benefits. Benefits are subject to all Contract provisions.

---

Please read this Contract carefully and keep it in a safe place for future reference. It explains Your benefits as administered by BlueCross BlueShield of Tennessee, Inc. If You have any questions about this Contract or any other matter related to Your membership in the Plan, please write or call:

Customer Service Department
BlueCross BlueShield of Tennessee, Inc.
1 Cameron Hill Circle
Chattanooga, Tennessee 37402-2555
(800) 494-3384

® Registered marks of the BlueCross BlueShield Association, an Association of Independent BlueCross BlueShield Plan

## Table of Contents

**Introduction** ........ 1

**Section I - Network Providers** ........ 3

**Section II - Definitions** ........ 4

**Section III - Eligibility** ........ 13

Coverage for You ........ 13

Coverage for Your Dependents ........ 13

Eligible Dependent Defined ........ 13

Changes in Enrollment Status ........ 14

**Section IV - General Provisions** ........ 16

Benefits To Which A Member Is Entitled ........ 16

The Plan Identification (ID) Card ........ 16

The Contract ........ 16

Continuity of Care ........ 16

**Section V - Billing of Charges & Termination of Coverage** ........ 18

Schedule of Charges ........ 18

Payment of Charges ........ 18

Fee for Default of Payment ........ 18

Changes To Coverage ........ 18

Termination of Coverage ........ 18

Restoration of Coverage ........ 19

Finance Charge and Legal Action ........ 19

Refunds ........ 19

**Section VI - Schedule of Benefits** ........ 20

**Section VII - Well Care Services** ........ 25

**Section VIII - Member Benefits** ........ 27

**Section IX - Prescription Drug Benefits** ........ 36

Prescription Drugs ........ 36

Prescription Drug Benefit - Network ........ 36

Prescription Drug Benefit - Out-of-Network ........ 37

Prescription Drug Benefit - Self-Administered Specialty Pharmacy Products ........ 37

Provider-Administered Specialty Pharmacy Products ........ 37

Prescription Drug Benefit - Compound Drugs ........ 38

**Section X - Transplant Benefits** ........ 39

**Section XI - Cost Containment & Medical Management** ........ 43

What You Can Do To Contain Costs ........ 43

Prior Authorization ....................................................................................................43
Concurrent Utilization Review ....................................................................................44
Care Management ....................................................................................................44
**Section XII - BlueCard/BlueCard PPO Program ....................................................46**
**Section XIII - Claims: How And When To File ........................................................48**
When To Apply For Benefits.........................................................................................48
Claims For Network Provider Services .........................................................................48
Claims For Out-of-Network Provider Services ...............................................................48
Claims For Non-Contracted Provider Services..............................................................48
Claims For Prescription Drugs.......................................................................................49
Information ....................................................................................................................49
Grievance Procedure.....................................................................................................49
Bringing Legal Action ....................................................................................................52
Coordination of Benefits................................................................................................53
Subrogation and Right of Recovery...............................................................................57
**Section XIV - Limitations/Exclusions ......................................................................58**
Pre-Existing Condition Waiting Period ..........................................................................58
Exclusions.....................................................................................................................58
**Section XV - Notice of Privacy Practices ...............................................................63**
**Section XVI - Shared Health.....................................................................................67**

## Introduction

We want You to understand and be satisfied with the terms of this Contract. The word "Coverage" is used to refer to the benefits available to You under the terms of this Contract. As You read through it, remember that "the Administrator" refers to BlueCross BlueShield of Tennessee, Inc., whose main office is located in Chattanooga, Tennessee. The words "You" and "Your" mean the Subscriber. The word "Member" means the Subscriber and/or Eligible Dependent(s) enrolled under this Coverage.

Tennessee Rural Health Improvement Association ("TRH") is a membership based organization, which promotes health care for the rural people of Tennessee.

TRH, through its wholly owned subsidiary TRH Health Insurance Company ("TRHH"), provides a program of health care benefits to its members and members of the Tennessee Farm Bureau Federation ("Farm Bureau"). In return for the payment of Charges by or for the Member, BlueCross BlueShield of Tennessee, Inc. administers the Plan benefits described in this Contract. This Contract replaces any Certificate, EOC, or Contract in effect prior to this Contract. A Benefit Exclusion Rider, Member Exclusion Rider or rating classification attached to a previous Certificate, EOC, or Contract will apply to this Contract also. Any remaining Pre-Existing Condition waiting period from a previous Certificate, EOC, or Contract will apply to this Contract. This Coverage may be renewed by payment of the Charges.

PLEASE READ THIS CONTRACT CAREFULLY. IT DESCRIBES THE RIGHTS AND DUTIES OF A SUBSCRIBER AND A MEMBER. IT IS IMPORTANT TO READ THE ENTIRE CONTRACT. CERTAIN SERVICES ARE NOT COVERED BY THE PLAN. OTHER COVERED SERVICES ARE OR MAY BE LIMITED. THE PLAN WILL NOT PAY FOR ANY SERVICE NOT SPECIFICALLY LISTED AS A COVERED SERVICE, EVEN IF A HEALTH CARE PROVIDER RECOMMENDS OR ORDERS THAT NON-COVERED SERVICE.

ANY DISPUTE RELATED TO THIS COVERAGE WILL BE RESOLVED IN ACCORDANCE WITH THE GRIEVANCE PROCEDURE SECTION OF THIS CONTRACT.

To make it easier to read and understand this Contract, defined words are Capitalized. Those words are defined in the "Definitions" section of this Contract.

If you are a new Member, and You are not satisfied with this Coverage, You can return this Contract to TRHH within 30 days after You receive it. Your Coverage will terminate and any charges paid will be refunded (less any benefits paid). If You are transferring from another TRHH Coverage to this Coverage, and You are not satisfied with this Coverage, You can return this Contract to TRHH within 30 days after you receive it. Your Coverage will terminate and any Charges paid for this Coverage will be refunded (less any benefits paid). Your prior Coverage will not be reinstated.

If You have any questions when reading this Contract, please contact one of the customer service representatives at the number listed on Your Plan ID card or Your TRH Representative at Your local Farm Bureau office.

### RIGHT TO RECEIVE AND RELEASE INFORMATION

You authorize and consent to TRHH's and the Administrator's receipt, use and release of personal information for Yourself and all Eligible Dependents. Personal information includes, but is not limited to, any and all medical and dental records obtained, used or released in connection with administration of the Coverage and will be maintained and released in accordance with applicable state and federal laws and the TRHH Notice of Privacy Practices. Such consent is deemed given by the signatures on the Application and Your acceptance of Coverage. Additional consent may be required whenever You obtain Covered Services under any TRHH Contract. This authorization and consent remains in effect throughout the period

You are covered under any TRHH Contract. This authorization and consent survives the termination of the Coverage to the extent that such information or records relate to services rendered while You were covered under any TRHH Contract.

You may also be required to consent to the release of personally identifiable health information in connection with the administration of the Contract.

## INDEPENDENT LICENSEE OF THE BLUECROSS BLUESHIELD ASSOCIATION

BlueCross BlueShield of Tennessee, Inc. is an independent corporation operating under a license from the BlueCross BlueShield Association (the "Association"). That license permits BlueCross BlueShield of Tennessee, Inc. to use the Association's service marks within its assigned geographical location. BlueCross BlueShield of Tennessee, Inc. is not a joint venturer, agent or representative of the Association nor any other independent licensee of the Association.

## RELATIONSHIP WITH NETWORK PROVIDERS

### Independent Contractors

Network Providers are not employees, agents or representatives of the Administrator. Such providers contract with the Administrator, which has agreed to pay them for rendering Covered Services to Members. Network Providers are solely responsible for making all medical treatment decisions in consultation with their patients. The Administrator does not make medical treatment decisions under any circumstances.

While the Administrator has the authority to make benefit and eligibility determinations and interpret the terms of this Coverage, TRHH has the discretionary authority to make the final determination regarding the terms of this Coverage. The Administrator makes Coverage decisions based on the terms of this Contract, the Administrative Services Agreement (ASA), the Participation Agreements with Network Providers and applicable State or Federal laws.

The Participation Agreements permit Network Providers to dispute Coverage decisions if they disagree with those decisions. If the Network Provider does not dispute a Coverage decision, You may request reconsideration of that decision as explained in the Grievance Procedure section of this Contract. The Participation Agreement requires Network Providers to fully and fairly explain Coverage decisions to You, upon request, if You decide to request that the Administrator reconsider a Coverage decision.

The Administrator has established various incentive arrangements to encourage Network Providers to provide Covered Services in an appropriate and cost effective manner.

### Termination of Providers' Participation

The Administrator or a Network Provider may end the relationship with each other at any time. A Network Provider may also limit the number of Members that he, she or it will accept as patients during the term of the Participation Agreement. The Administrator does not promise that any specific Network Provider will be available to render services while the Member is Covered.

Terri Pinkston

Terri Pinkston, Corporate Secretary

## Section I
## Network Providers

**To receive maximum benefit from this Coverage, Your provider must be a member of the provider network shown on Your Plan ID Card. Before a Member receives health care services, check to be sure that the health care provider is a member of the Network. The current directory of Network Providers is available at www.bcbst.com and a link from www.trh.com. You may also obtain the current directory of Network Providers by calling the toll free number on Your Plan ID card.**

### MEMBER/PROVIDER RELATIONSHIP

The choice of a provider is solely the decision of the Member.

Neither TRHH nor the Administrator furnish Covered Services. Neither TRHH nor the Administrator is liable for any act or omission of any provider. Neither TRHH nor the Administrator has any responsibility for a provider's failure or refusal to provide Covered Services to a Member.

The reference to providers as "Network Providers" or "Out-of-Network Providers" is not a statement about their abilities.

Neither TRHH nor the Administrator can be held responsible for any injuries or damage caused by negligence or malpractice by a provider.

### NETWORK PROVIDER

A Network Provider is a Physician, Hospital, Pharmacy, or other Eligible Provider that has contracted with the Administrator to furnish Covered Services and to accept the Plan's payment, plus applicable Deductibles, Coinsurance and Copayments, as payment in full for Covered Services.

### OUT-OF-NETWORK PROVIDER

An Out-of-Network Provider is a Physician, Hospital, Pharmacy or other Eligible Provider that has not contracted with the Administrator to furnish Covered Services and to accept the Plan's payment, plus applicable Deductibles, Coinsurance and Copayments, as payment in full for Covered Services.

### NON-CONTRACTED PROVIDER

A Non-Contracted Provider is a provider of Covered Services in a specialty category or type with which the Administrator does not contract.

### TRANSPLANT NETWORK

The Transplant Network is a network of facilities and Hospitals that have contracted with the Administrator (or with an entity on behalf of the Administrator) to provide transplant services for specific organ and/or bone marrow transplant procedures covered under the terms of this Contract. Not all Network Providers are in the Transplant Network.

### SPECIALTY PHARMACY NETWORK

The Specialty Pharmacy Network is a network of pharmacies which have entered into a network agreement with the Administrator to provide Specialty Pharmacy Products to Members. Pharmacies that are Network Pharmacies for regular prescription drugs may not be a part of the Specialty Pharmacy Network.

## Section II
## Definitions

**Accidental Injury** – an unintentional traumatic bodily injury that, if not immediately diagnosed and treated, could reasonably be expected to result in serious physical impairment or loss.

**Acute** - an illness or injury that is both severe and of short duration.

**Advanced Radiological Imaging** – services such as MRIs, MRAs, CAT scans, CT scans, PET scans, nuclear medicine and similar technologies.

**Ambulance** - a specially designed and equipped vehicle used only to transport the sick and injured which meets all applicable legal and licensing requirements.

**Behavioral Health Care** - treatment of a mental (abnormal functioning of the mind or emotions regardless of origin) or nervous disorder; alcoholism; chemical dependency; drug abuse; or drug addiction.

**Benefit Exclusion Rider** - an attachment to this Contract excluding benefits for You or Your Eligible Dependents for the listed conditions. A Benefit Exclusion Rider will remain in effect until the Benefit Exclusion Rider termination date specified on Your underwriting decision letter. The underwriting decision letter will serve as the only notification regarding the removal of the Benefit Exclusion Rider. A Benefit Exclusion Rider will be applied independently from and in addition to the Pre-Existing Waiting Period.

**Billed Charges** - the amount that a provider charges for services rendered. Billed Charges may be different from the amount that the Administrator determines to be the Maximum Allowable Charge for services.

**BlueCard PPO Participating Provider** - a Physician, Hospital, licensed skilled nursing facility, home health care provider or Other Provider who contracts with other BlueCross and/or BlueShield Associations or BlueCard PPO Plans and whom the Plan has authorized to provide Covered Services to Members.

**BlueCard/BlueCard PPO Program** - a program established by BlueCross and/or BlueShield organizations and the BlueCross BlueShield Association to process and pay claims for Covered Services received by a Member of a BlueCross and/or BlueShield organization from a provider outside the organization's Service Area with whom that organization does not have an agreement.

**Calendar Year** The period of time beginning at 12:01 a.m. on January 1st and ending at 12:00 a.m. on the following January 1st.

**Care Management** - a program that promotes cost effective coordination of care for Members with complicated medical needs, chronic illnesses, and/or catastrophic illnesses or injuries. This process links individual Members and families with the appropriate medical services and community resources necessary to manage the Member's total care to promote optimum quality and optimum outcomes. Care management involves a systematic process of assessing, planning, service coordination and monitoring through which multiple health needs of patients are met.

**Charge, Charge for Coverage or Charges** - The amount paid by the Member each billing cycle for Coverage provided under the terms of this Contract.

**Child Health Supervision** - routine visits to a pediatrician or other qualified provider to include Medically Necessary and Medically Appropriate periodic health screenings, immunizations and injections for children through the age of 6 years.

**Chronic** – lasting for a long period of time or recurring frequently.

**Coinsurance** - the amount of the Maximum Allowable Charge for a Covered Service that is the responsibility of the Member during the Calendar Year after any Deductible has been satisfied.

The Member will be responsible for the difference between Billed Charges and the Maximum Allowable Charge for a Covered Service if an Out-of-Network Provider's or Non-Contracted Provider's Billed Charges are more than the Maximum Allowable Charge for Covered Services. In such case, the Member's total payment as a percentage of the Out-of-Network Provider's Billed Charges may exceed the Coinsurance.

**Coinsurance Percentage** - the percentage of the Maximum Allowable Charge that will be paid for a Covered Service during a Calendar Year after a Member satisfies deductible. The Coinsurance Percentage is shown in the Schedule of Benefits.

**Complications of Pregnancy** - Complications of Pregnancy, as defined by Tennessee state law, means conditions, requiring hospital confinement when the pregnancy is not terminated, whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy or are caused by pregnancy, such as acute nephritis, nephrosis, cardiac decompensation, missed abortion and similar medical and surgical conditions of comparable severity. Complications of Pregnancy also includes non-elective cesarean section, ectopic pregnancy which is terminated and spontaneous termination of pregnancy, which occurs during a period of gestation in which a viable birth is not possible.

Complications of Pregnancy does not include false labor, occasional spotting, physician prescribed rest during the period of pregnancy, morning sickness, hyperemesis gravidarum, similar conditions associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy or a live birth cesarean section.

**Compound Drug** - an outpatient prescription drug, which is not commercially prepared by a licensed pharmaceutical manufacturer in a dosage form approved by the Food and Drug Administration ("FDA") and which contains at least one ingredient classified as a legend prescription drug.

**Concurrent Review** - refers to the determination under the Administrator's Utilization Management Program of whether continued inpatient or outpatient care, or a given level of service, is Medically Necessary and Medically Appropriate.

This review can be performed by the Provider's Utilization Management staff, the Administrator's Review Coordinator, or other person(s) designated by the Administrator's Medical Director.

If, under such review, it is determined that continued care is not Medically Necessary and Medically Appropriate, the facility and Physician will be notified in writing of a specific date after which benefits will no longer be payable under this Plan. The Member or Physician can appeal the decision by contacting the Administrator. The case will be reviewed and both the Physician and the Member will be notified of the results.

**Copayment** - means the dollar amount (as specified in the Schedule of Benefits) for which a Member is responsible when a particular service or supply is rendered by a Network Provider in an office visit setting. This amount usually must be paid at the time of service.

Copayments do not apply to the following services: all maternity services, all therapeutic services, allergy testing and injections, Behavioral Health Care services, biopsy interpretations, bone density testing, cardiac diagnostic testing, chemotherapy services, chiropractic services, CT scans, CTA scans, dental services, diagnostic services sent out, DME and DME supplies, growth hormone injections, IV therapy, Lupron injections, mammography, MRI, MRA, MRS, nerve conduction studies, neuropsychological or neurological tests, nuclear cardiology, nuclear medicine, orthotics, PET scans, prosthetics, Provider Administered Specialty Pharmacy products, sleep studies, surgery performed in a Physician's office and related surgical supplies, Synagis injections, and ultrasounds. These services will be covered under normal contract benefits, subject to the terms and conditions of this Contract. Deductibles and Coinsurance will apply.

Copayments do not apply toward satisfying Deductibles or Out-of-Pocket Maximums. Once the Deductible and Out-of-Pocket Maximums are met, Copayments still apply.

**Cosmetic Services** – services or supplies, including surgery and drugs, intended to alter or reshape the body for the purpose of improving appearance.

**Covered Charge** - amount of total charge that is eligible for consideration of payment.

**Covered Service, Coverage** - Medically Necessary and Medically Appropriate services or supplies specified in this Contract for which benefits may be available. Covered Services are subject to all the terms, conditions, exclusions and limitations of this Contract.

**Custodial Care** - care provided primarily for maintenance designed to assist the patient in activities of daily living, such as convenience and hygiene services. It is not provided primarily for its therapeutic value in treatment of an illness or injury. Custodial Care includes, but is not limited to, help in walking, bathing, dressing, feeding, preparation of special diets, and supervision of self-administration of medication not requiring constant attention of medical personnel.

Custodial Care includes services that the Medical Director determines are not effective or will not result in improvement in the Member's medical condition or long-term health.

**Deductible** - the dollar amount of Covered Services specified in the Schedule of Benefits that must be incurred and paid by a Member each Calendar Year before benefits are payable for all or part of the remaining Covered Services. Any balance of charges (between Billed Charges and the Maximum Allowable Charge) required for services will not be considered when determining if the Member has satisfied a Deductible.

The amount applied to the Deductible will apply to the Network Out-of-Pocket and Network Family Out-of-Pocket Maximums.

**Durable Medical Equipment** - equipment which:

- can only be used to serve the medical purpose for which it is prescribed;
- is not useful to the patient or other person in the absence of illness, injury or disability;
- is able to withstand repeated use; and
- is appropriate for use within the home.

Such equipment will not be considered a Covered Service, even if it is prescribed by a Physician or Other Provider, simply because its use has an incidental health benefit.

**Effective Date** - is the date on which Coverage of a Member begins under this Plan.

**Eligible Dependent** - A spouse or child who has been approved for Coverage on this Plan. Refer to the Eligibility section of this Contract for complete details.

**Eligible Provider** – A person or entity that is engaged in the delivery of health services that is licensed, certified, or practicing in accordance with applicable state or federal laws. An Eligible Provider is a provider that has been approved by the Administrator. Eligible Providers include:

**Hospital** – a licensed short-term, acute care facility which provides inpatient services and is compensated by or on behalf of its patients. A hospital must provide surgical and medical facilities primarily to diagnose, treat and care for the injured and sick; have a staff of physicians licensed to practice; and provide 24-hour nursing care by registered nurses. A facility which serves, other than incidentally, as a nursing home, custodial care home, health resort, rest home, rehabilitation facility, or place for the aged is not considered a Hospital.

**Other Facility Providers** – a facility that is licensed to perform Covered Services in the state where such services are provided. Other Facility Providers include, but are not limited to, the following:

– Behavioral Health Care Facility

– Ambulatory Surgical Facility

– Contracted Transplant Facility
– Licensed Birthing Center
– Freestanding Dialysis Facility
– Residential Treatment Facility
– Skilled Nursing Facility
– Substance Abuse Treatment Facility
– Other facilities approved by the Administrator's Medical Director and licensed to provide Covered Services

**Physician** – a licensed practitioner legally entitled to practice medicine and perform surgery. Such practitioner must be licensed in Tennessee or in the state in which Covered Services are rendered and must provide services within the scope of his/her licensure. All services rendered must fall within the providers' specialty and be those normally rendered by a provider within this specialty or degree.

**Other Professional Providers** – Other Professional Providers may provide services covered by this Contract. To be eligible, a provider must be licensed or certified in Tennessee or in the state in which Covered Services are rendered; provide services within the scope of his/her licensure; practice in accordance with applicable state and federal laws; and be approved by the Administrator. All services rendered must fall within the providers' specialty and be those normally rendered by a provider within this specialty or degree. All services and supplies must be rendered by the provider actually billing for them. Other Professional Providers include, but are not limited to, a nurse midwife, advance practice nurse, and physician assistant.

**Other Providers** – other providers of Covered Services include, but are not limited to, the following:

– Durable Medical Equipment suppliers
– certified Ambulance service
– Hospice
– Pharmacy
– Home Health Care
– suppliers of oxygen

**Emergency** - the sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that a prudent layperson, who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention, could potentially result in:

- placing the person's health in serious jeopardy;
- serious impairments to bodily functions;
- serious dysfunction of any bodily organ or part; or
- other serious medical consequences.

**Emergency Room Deductible** - an additional deductible applied to each visit to an emergency room. This amount is in addition to the Calendar Year deductible and does not count toward the Out-of-Pocket Maximum.

**Explanation of Benefits (EOB)** - the form the Administrator sends after a prescription drug claim has been filed that tells the Subscriber which services were covered and which, if any, were not.

**Family Coverage** - Coverage for the Subscriber and Eligible Dependents. Refer to the Eligibility Section for a description of Eligible Dependents.

**Family Out-of-Pocket Maximum** - the dollar amount stated in the Schedule of Benefits for which a Subscriber and his or her Eligible Dependents are responsible to pay for Covered Services during a Calendar Year.

This Maximum can be satisfied by charges for Covered Services provided by Network Providers. This does not include charges which exceed the Maximum Allowable Charge. Charges for Covered Services received from an Out-of-Network Provider will not apply to this maximum and will be limited to the Coinsurance Percentage listed in the Schedule of Benefits. Deductible and Coinsurance applied to Behavioral Health Care services, Office Visit Copayments, and the Emergency Room Deductible do not apply to this maximum.

When the applicable Family Out-of-Pocket Maximum for Covered Services is reached, 100% of the Maximum Allowable Charge is payable for other Covered Services received from Network Providers during the remainder of the Calendar Year.

**Home Health Care Agency** - an organization that provides health care services in a Member's home.

**Hospice** - a public agency or private organization that provides services for a terminally ill patient.

- **Approved Hospice** refers to a Hospice that:
  - is licensed by and, if legally required, has been issued a Certificate of Need from the state in which it is operating,
  - is certified as a Home Health Care Agency under Title XVIII and Title XIX of the Social Security Act,
  - is eligible for accreditation by the Joint Commission on Accreditation of Healthcare Organizations as a Hospice, and
  - provides in-home health care services which conform to the standards of a Hospice Program of Care as adopted by the Board of Directors of the National Hospice Organization.
- **Contracting Hospice** means an Approved Hospice licensed in Tennessee that has contracted with the Administrator.

**Hospice Care** - Medically Necessary and Medically Appropriate medical services rendered to a terminally ill patient where life expectancy is 6 months or less. Services must be provided by a Physician-supervised team of professionals and volunteers on 24-hour call. Bereavement services to the family must be available.

**Host Plan** - a BlueCross and/or BlueShield organization that has a contract with a provider that provides services to its Members outside of the BlueCross BlueShield of Tennessee, Inc. Service Area.

**Individual Coverage** - Coverage for the Subscriber only. No maternity benefits are available under Individual Coverage.

**Investigational Services** - a drug, device, treatment, therapy, procedure, or other service or supply that does not meet the definition of Medical Necessity or:

- Cannot be lawfully marketed without approval of the Food and Drug Administration ("FDA") when such approval has not been granted at the time of its use or proposed use, or
- Is the subject of a current investigational new drug or new device application on file with the FDA, or

- Is being provided according to Phase I or Phase II clinical trial or the experimental or research portion of a Phase III clinical trial (provided, however, that participation in a clinical trial shall not be the sole basis for denial), or

- Is being provided according to a written protocol which describes among its objectives, determining the safety, toxicity, efficacy or effectiveness of that service or supply in comparison with conventional alternatives, or

- Is being delivered or should be delivered subject to the approval and supervision of an Institutional Review Board ("IRB") as required and defined by Federal regulations, particularly those of the FDA or the Department of Health and Human Services ("HHS"), or

- The Office of Health Care Technology Assessment within the Agency for Health Care Policy and Research within HHS has determined that the service or supply is either experimental or investigational or that there is insufficient data to determine if it is clinically acceptable, or

- In the predominant opinion of experts, as expressed in the published authoritative literature, that usage should be substantially confined to research settings, or

- In the predominant opinion of experts, as expressed in the published authoritative literature, further research is necessary in order to define safety, toxicity, efficacy, or effectiveness of that service compared with conventional alternatives, or

- The service or supply is required to treat a complication of an experimental or Investigational Service.

The Medical Director has discretionary authority to make a determination concerning whether a service or supply is an Investigational Service. If the Medical Director does not authorize the provision of a service or supply, it will not be a Covered Service. In making such determinations, the Medical Director shall rely upon any or all of the following, at his or her discretion:

- the Member's medical records, or

- the protocol(s) under which proposed service or supply is to be delivered, or

- any consent document that the Member has executed or will be asked to execute, in order to receive the proposed service or supply, or

- the published authoritative medical or scientific literature regarding the proposed service or supply in connection with the treatment of injuries or illnesses such as those experienced by the Member, or

- regulations and other official publications issued by the FDA and HHS, or

- the opinions of any entities that contract with the Administrator to assess and coordinate the treatment of Members requiring non-Investigational Services, or

- the findings of the BlueCross and BlueShield Association Technology Evaluation Center or other similar qualified evaluation entities.

The Medical Director's decision may be appealed to the Plan, which has final authority on any decision affecting the Plan.

**Maximum Allowable Charge (MAC)** - the amount that the Administrator, in agreement with TRHI, has determined to be the maximum amount payable for a Covered Service. That determination will be based upon the Administrator's contract with a Network Provider or the amount payable based on the Administrator's fee schedule for the Covered Services when rendered by Out-of-Network Providers.

**Medical Director** - a Physician designated by the Administrator, or that Physician's designee, who is responsible for the administration of the medical management programs.

**Medically Appropriate** –services which have been determined by the Medical Director to be of value in the care of a specific Member. To be Medically Appropriate a service must:

- be Medically Necessary.
- be used to diagnose or treat a Member's condition caused by disease, injury or congenital malformation.
- be consistent with current standards of good medical practice for the Member's medical condition.
- be provided in the most appropriate site and at the most appropriate level of service for the Member's medical condition.
- on an ongoing basis, have a reasonable probability of:
  - correcting a significant congenital malformation or disfigurement caused by disease or injury.
  - preventing significant malformation or disease.
  - substantially improving a life sustaining bodily function impaired by disease or injury.
- not be provided solely to improve a Member's condition beyond normal variations in individual development and aging including:
  - comfort measures in the absence of disease or injury.
  - improving physical appearance that is within normal individual variation.
- not be for the sole convenience of the Provider, Member or Member's family.

**Medically Necessary or Medical Necessity** services which have been determined by the Administrator to be of proven value for use in the general population. To be Medically Necessary a service must:

- have final approval from the appropriate government regulatory bodies.
- have scientific evidence permitting conclusions concerning the beneficial effect of the service on health outcomes.
- improve the net health outcome.
- be as beneficial as any established alternative.
- demonstrate the improvement outside the Investigational setting.

**Member** - a Subscriber or an Eligible Dependent.

**Member Exclusion Rider** - an attachment to this Contract excluding Coverage for listed Members. This rider will remain in effect for the life of this and any subsequent Contract.

**Monthly Claims Statement** the statement the Administrator sends to the Subscriber each month showing claims processed the preceding month. This statement tells the Subscriber what services were covered and which, if any, were not.

**Network Pharmacy** - a Pharmacy that has entered into a Network Pharmacy Agreement with the Administrator to legally dispense prescription drugs to Members, either in person or through home delivery. This does not include the Specialty Pharmacy Network.

**Network Provider** – an Eligible Provider that has contracted with the Administrator to furnish Covered Services to Members and to accept the Plan's payment, plus applicable Deductibles, Coinsurance and Copayments, as payment in full for Covered Services.

**Non-Contracted Providers** - a provider that renders Covered Services to Members, but is in a specialty category or type with which the Administrator has not contracted to provide Covered Services.

**Non-Covered Charge** – a portion of the total charge that is not eligible for consideration of payment.

**Non-Covered Service** - a service or supply for which no benefits are available.

**Out-of-Network Pharmacy** – a pharmacy that has not entered into a Network Pharmacy Agreement with the Administrator to legally dispense prescription drugs to Members.

**Out-of-Network Provider** – an Eligible Provider that has not contracted with the Administrator to furnish Covered Services to Members and to accept the Plan's payment, plus applicable Deductibles, Coinsurance and Copayments as payment in full for Covered Services.

**Out-of-Pocket Maximum** - the dollar amount stated in the Schedule of Benefits which a Member is responsible to pay for Covered Services during a Calendar Year.

This maximum can be satisfied by charges for Covered Services provided by Network Providers. This does not include services or charges which exceed the Maximum Allowable Charge. Charges for Covered Services received from an Out-of-Network Provider will not apply to this maximum and will be limited to the Coinsurance Percentages listed in the Schedule of Benefits. Deductible and Coinsurance applied to Behavioral Health Care services, Office Visit Copayments, and the Emergency Room Deductible do not apply to this maximum.

When the applicable Out-of-Pocket Maximum for services is reached, 100% of the Maximum Allowable Charge is payable for other Covered Services received from Network Providers during the remainder of the Calendar Year.

**Pre-Existing Condition** - an illness, injury, pregnancy or any other medical condition which existed at any time preceding the Effective Date of Coverage under this Contract for which:

- medical advice or treatment was recommended by, or received from a provider of health care services; or
- symptoms existed which would cause an ordinarily prudent person to seek diagnosis, care or treatment.

**Pre-Existing Condition Waiting Period** - that period of time during which no benefits are available for a Pre-Existing Condition. It begins on the Effective Date of Coverage. If this Contract replaces another certificate or Contract, the Effective Date of Coverage is the date first covered under the prior certificate or Contract.

**Prior Authorization** – The purpose of Prior Authorization is solely to ensure that patients receive services at the appropriate time and in the appropriate setting. A Prior Authorization is not a guarantee of benefits. It is a review conducted by the Administrator, prior to delivery of certain services, to determine if such services will be considered Covered Services. Benefits are based on all terms and conditions of the Coverage in force for the Member at the time Covered Services are provided.

**Service Area** - includes those geographic areas in which Covered Services from Network Providers are available.

**Specialty Pharmacy Products** - Injectable, infusion, and select oral medications that require complex care, including special handling, patient education and continuous monitoring. Specialty Pharmacy Products are listed on the Administrator's Specialty Pharmacy Products list. Specialty Pharmacy Products are categorized as provider-administered or self-administered.

**Specialty Pharmacy Network Pharmacy** - a pharmacy which has entered into a network agreement with the Administrator to provide Specialty Pharmacy Products to Members.

**Subscriber** - a TRH Member who has satisfied the eligibility requirements and has been enrolled for Coverage under this Plan.

**Transplant Maximum Allowable Charge (TMAC)** - The amount that the Administrator, in its sole discretion, has determined to be the maximum amount payable for Covered Services for Organ Transplants. Each type of Organ Transplant (except kidney transplant) has a separate TMAC. That determination will be based upon the contract with a Transplant Network Provider or the amount payable based on the fee schedule for the Covered Services rendered by Out-of-Network Providers.

**Transplant Network** - a network of facilities and Hospitals that have contracted with the Administrator (or with an entity on behalf of the Administrator) to provide transplant services for specific organ and/or bone marrow transplant procedures covered under this Contract. For example, some Hospitals might contract to perform heart transplants, but not liver transplants. Not all Network Providers are in the Transplant Network. Please check with the Transplant Case Manager to see which providers are in the Transplant Network.

## Section III
## Eligibility

This Contract describes the benefits available to You and Your Eligible Dependents under the terms of this health care program. You are called the Subscriber or Member. Your Eligible Dependents are also called Members.

### TYPES OF COVERAGE AVAILABLE

**Individual** – Subscriber only **(no maternity benefits)**

**Family** Subscriber and Eligible Dependents (**nine consecutive months of Family Coverage are required before maternity benefits are available)**

### COVERAGE FOR YOU

You are eligible for this Coverage if You:

1. are a member of Your local Tennessee Farm Bureau and TRH; and
2. meet TRHH medical underwriting requirements; and
3. meet any additional requirements established.

TRHH reserves the right to change these eligibility requirements at any time.

### COVERAGE FOR YOUR DEPENDENTS

You may enroll Your Eligible Dependents once they have met TRHH eligibility and medical underwriting guidelines. The names of dependents for whom application for Coverage is made must be listed on the application on file with TRHH. TRHH reserves the right to exclude Coverage for any dependent that is determined to be uninsurable.

### ELIGIBLE DEPENDENTS DEFINED

The following will be considered Eligible Dependents under Your Coverage:

1. Your current spouse as recognized under the laws of the State of Tennessee.
2. Your biological child who is under the age of 26.
3. Your adopted child who is under the age of 26.

   To establish eligibility, a complete copy of the Final Order of Adoption must be provided at the time of application for Coverage for such adopted child.
4. A child who has been placed in the home of the Subscriber in anticipation of adoption by the Subscriber within 6 months of the date of placement. Coverage under this Contract will terminate for a covered child placed with the Subscriber in anticipation of adoption on the date the child is removed from placement with the Subscriber if placement is disrupted prior to the final adoption.

   To establish eligibility, a complete copy of the Placement Agreement or Placement Order must be provided at the time of application for Coverage for such child.
5. Your stepchild who is under the age of 26.

   To establish eligibility, a complete copy of documentation establishing parentage must be provided at the time of application for Coverage for such stepchild.
6. A child born with a physical or mental disability after the Effective Date of Coverage of the biological parent's contract may continue Coverage on the biological parent's contract past his/her 26th birthday. The disability must be certified by a Physician. You must provide proof of the date of onset of the disability. TRHH must receive the

Physician's certification within 60 days of the Eligible Dependent's 26th birthday. Proof of continuing disability may be required by TRHH or the Administrator.

A child who develops a physical or mental disability after his/her Effective Date of Coverage on Your contract and prior to reaching the age of 26 may continue Coverage on Your Contract past his/her 26th birthday. The disability must be certified by a Physician. You must provide proof of the date of onset of the disability. TRHH must receive the Physician's certification within 60 days of the Eligible Dependent's 26th birthday. Proof of continuing disability may be required by TRHH or the Administrator.

Such disabled child must reside with You, depend upon You for 51% of his/her support and cannot earn more than the equivalent of 150% of the current minimum wage, based on a forty hour week.

A child who developed a physical or mental disability prior to his/her Effective Date of Coverage on Your Contract and met the medical underwriting requirements in effect at the time of application cannot continue Coverage on Your Contract once he/she reaches the age of 26. At age 26, the child will have 60 days to transfer to his/her own coverage.

A child who has a physical or mental disability and has reached age 26 at the time of application for Coverage is not eligible to apply for Coverage on his/her parent's contract. The child must apply for his/her own Coverage.

A biological child, for whom a newborn coverage waiver has not been signed, born after the Effective Date of an existing Family Contract will be added to the family contract effective the child's date of birth.

A biological child, for whom a newborn coverage waiver has been signed, born after the Effective Date of an existing family Contract will be subject to medical underwriting and the pre-existing waiting period. If the application to add the child is approved, the child's Coverage will be effective on the next available effective date.

A biological child, for whom a newborn coverage waiver has not been signed, born after the Effective Date of the biological parent's individual Contract may be added to the biological parent's contract effective the child's date of birth. Application for family coverage and to add the newborn child must be made within 31 days of the child's date of birth.

A biological child, for whom a newborn coverage waiver has been signed, born after the Effective Date of the biological parent's individual Contract will be subject to medical underwriting and the pre-existing waiting period. Application for Family coverage and to add the child must be made. If the application to add the child is approved, the child's Coverage will be effective on the next available effective date.

A foster child or a child for whom You are legal guardian (not a biological child, adopted child, a child placed in the home of Subscriber in anticipation of adoption by the Subscriber within 6 months, or stepchild) will not be considered an Eligible Dependent under the terms of this Contract.

TRHH reserves the right to request proof of continuing eligibility at any time. Dependent eligibility may be reviewed periodically beginning at age 18.

## CHANGES IN ENROLLMENT STATUS

Certain conditions may result in the change of enrollment status of persons covered by this Contract.

1. You may change from Individual Coverage to Family Coverage and add Eligible Dependents as defined in this Contract by satisfying certain conditions as determined by

the Plan. You must apply for such changes. If Your application is accepted, the change will become part of this Contract.

2. An existing Family Coverage cannot be modified unless the family unit is broken. The family unit is broken only when all dependents lose eligibility under the existing Family Coverage or upon the occurrence of certain qualifying events as determined by the Plan. You must apply to modify your Family Coverage. If Your application to modify Your Family Coverage is accepted, the change will become a part of this Contract.

3. When the Subscriber dies, surviving Eligible Dependents, who are 19 years of age or older, may, as determined by the Plan, continue Coverage by paying the Charges. They will be issued the type of Contract then being issued to such Subscribers.

4. When a person no longer meets the definition of an Eligible Dependent under this Contract, his/her Coverage will end. If he/she is 19 years of age or older, he/she may apply for a Subscriber contract within 60 days of the date he/she becomes ineligible. He/She will be issued the type of contract then being issued to such Subscribers.

5. If Coverage terminates due to failure to pay Charges and the Subscriber's spouse chooses to continue Coverage, the spouse and Eligible Dependents may apply for Coverage within 60 days of the date of termination. The spouse and Eligible Dependents will be issued the type contract then being issued to such Subscribers.

You must notify TRHH immediately of any change in the eligibility status of any Member (i.e. divorce, marriage, death, etc.). Failure to immediately notify TRHH of a change in the eligibility status of any Member will be considered fraud.

## BENEFITS TO WHICH A MEMBER IS ENTITLED

Subject to the terms of this Contract, Members are entitled to benefits for Covered Services in the amounts shown in the Schedule of Benefits.

Benefits are provided only for Covered Services received on or after the Member's Effective Date and prior to the Member's termination date. Benefits are provided for covered inpatient services only if the Member's admission occurs on or after his or her Effective Date subject to all provisions of this Contract.

## THE PLAN IDENTIFICATION (ID) CARD

You and any of Your Eligible Dependents may use the Plan ID card issued in Your name.

Be sure to show Your Physician Your Plan ID card whenever hospitalization is recommended for You or an Eligible Dependent. Tell the Physician that Prior Authorization is required in Your health care benefits plan. Your Plan ID card contains special instructions on how to initiate the review process.

Carry Your Plan ID card at all times. In case of loss, You can still use Your Coverage. The Administrator can replace Your card more quickly, however, if You know Your identification number.

Legal requirements govern use of Your card. You cannot let anyone who is not named in Your Coverage use Your card. Nor can You let anyone not named in Your Coverage use Your benefits or receive payment for them.

## THE CONTRACT

This Contract explains the benefits available to Members under the Plan. This Contract cannot be transferred or assigned to another party. The terms cannot be changed except by written agreement between the parties to the ASA. If such a change occurs, and the change affects this Contract, You will be given at least 30 days written notice before the change takes effect. Continued payment of the Charges indicates acceptance of the change.

You agree:

- That any such notice will be binding if mailed to You at the address last shown in TRHH's records. **It is Your responsibility to maintain Your current address on file with the Administrator and TRHH at all times.**
- That Coverage is binding only if all statements made on the application are true and correct. However, a rescission of coverage may occur only in the event of fraud or intentional misrepresentation.
- To comply with the terms of the Contract.

## CONTINUITY OF CARE

When a Network Provider no longer has an agreement with the Administrator and becomes an Out-of-Network Provider, benefits will be available for Covered Services received from such Provider after such provider terminates its agreement with the Administrator, or the Administrator terminates such agreement without cause. Benefits will be available as if such provider were still a Network Provider:

- for up to 120 days following notice that the agreement between the Administrator and provider has been terminated, provided the Member was under active treatment for a



Case 1:11-cv-00164-CLC-SKL Document 1-1 Filed 06/21/11 Page 20 of 37 PageID #: 26

particular illness or injury on the date such agreement was terminated and Covered Services are for the same illness or injury; or

- until the completion of postpartum care, if the Member was in the second trimester of pregnancy on the date such agreement was terminated; or
- until discharge, if the Member was under treatment at an inpatient facility on the date such agreement was terminated.

The now Out-of-Network Provider must agree to continue to provide Covered Services on the same terms and conditions as applied under its former agreement with the Administrator.

## SCHEDULE OF CHARGES

The rates for the Coverage provided in this Contract may be changed by providing You notice of change at least thirty (30) days prior to the Effective Date of such change.

Your Coverage is age rated. Your rates will automatically change on the first billing date after You move to a different age bracket. Rates for Family Coverage are based on the age of the oldest Member.

## PAYMENT OF CHARGES

Payment of Charges for Coverage must be submitted to TRHH, not the Administrator. TRHH will retain seven years of Your billing and Charges paid history.

If Your Coverage is paid by monthly bank draft and the draft is dishonored (returned unpaid) by Your bank of record for any reason, such dishonor could result in forfeiture of Coverage. A 10-day grace period is allowed if Charges are paid on a monthly basis. This means that each Charge will be accepted within 10 days after its due date. If it is not paid within the grace period, Coverage ends on the due date. Coverage will automatically be cancelled if You fail to pay the Charges within the grace period.

## FEE FOR DEFAULT OF PAYMENT

Should Your payment of Charges be dishonored (returned unpaid) by Your bank of record for any reason, You will be responsible for default fees in the amount of $25. This default fee will be waived if Your Coverage has not experienced a defaulted payment in the previous 12 months. TRHH reserves the right to change the default fee amount at any time.

## CHANGES TO COVERAGE

You, as a Subscriber, can request a change to Your Coverage. Your request is subject to approval by TRHH and must be made in writing to TRHH 10 days prior to the next Charges due date.

## TERMINATION OF COVERAGE

This Coverage may be terminated if:

- Payment of Charges for Your Coverage is not received when it is due; or
- You fail to pay Your Farm Bureau or TRH membership dues; or
- You fail to cooperate with TRHH as required by this Contract; or
- You, or a Member covered on Your Contract, have made a material misrepresentation or committed fraud against TRHH. This provision includes, but is not limited to, furnishing incorrect or misleading information, failing to provide accurate information or permitting the improper use of Your Plan ID card; or
- You act in such a disruptive manner as to prevent or adversely affect Our ability to administer Your Coverage under the terms of this Contract; or
- You request that the Coverage be terminated; or
- You have resided outside the United States for 24 consecutive months; or
- This TRHH plan is terminated.

You, as a Subscriber, can cancel the Coverage for any reason by giving TRHH written notice 10 days prior to the next Charges due date.

If Coverage terminates as a result of Your death and there are no Eligible Dependents covered, Coverage ends on the date of death and Your estate is entitled to a refund of any unused Charges.

If You are on a monthly bank draft, You have the option to stop payment at Your bank, provided You present Your bank with the proper account information and exact bank draft amount.

TRHH may cancel this Coverage for any of the reasons described herein by giving written notice to You 30 days prior to the date of termination. Such written notice will be binding if mailed to You at the address last shown in the Plan's records. It is Your responsibility to maintain Your current address on file with TRHH and the Administrator at all times.

## RESTORATION OF COVERAGE

Restoration of Coverage may be available to You if Your Coverage has terminated due to non-payment of Charges within the grace period as described in "Schedule of Charges". Payment of the total Charges due, including any applicable default fees, in addition to a fee of $100 must be received by TRHH within 10 days of the final day of Your grace period to restore Your Coverage.

**Your Coverage cannot be restored more than three times during the lifetime of this Coverage.**

## FINANCE CHARGE AND LEGAL ACTION

In the event Coverage is terminated back to the last Charges due date, the Plan may recoup the amount of any benefits paid since that date.

In the event Coverage is terminated back to the original effective date, the Plan may recoup the amount that any benefit payments exceed the Charges paid. If such amounts cannot be recouped from the providers, the Member will be responsible for reimbursement.

The Plan may impose a finance charge of 1 ½ % per month to such amount not remitted to the plan within 30 days of the date of notification of the amount due.

The Plan has the right to recover any expenses incurred in the attempt to collect any amount owed the Plan. Such expenses include collection fees, court costs, attorney's fees and other associated costs.

## REFUNDS

In the event a refund of Charges is due, TRHH will make the refund payable to the payor of the Coverage, as the Subscriber and payor are not always the same person. A cover letter explaining the refund will be mailed to the payor. You, as the Subscriber, will receive a copy of the refund explanation letter.

## Section VI
## Schedule of Benefits

### BENEFITS AVAILABLE

A Member is entitled to benefits for Covered Services as specified in this Schedule of Benefits. Benefits shall be determined according to the Contract terms in effect when a service is received. Benefits may be amended at any time in accordance with applicable provisions of this Contract. Under no circumstance does a Member acquire a vested interest in continued receipt of a particular benefit or level of benefit.

### CALCULATION OF COINSURANCE

As part of their efforts to contain health care costs, the Administrator has negotiated agreements with Hospitals under which the Administrator receives a discount on Hospital bills. In addition to such discounts, the Administrator also has some agreements with Hospitals under which payment is based upon other methods of payment (such as flat rates, capitation or per diem amounts).

The Member's Coinsurance will be based upon the same dollar amount of payment that the Administrator uses to calculate the Plan's portion of the claims payment to the Hospital, regardless of whether the Plan payment is based upon a discount or an alternative method of payment.

### MEMBER'S RESPONSIBILITY

The purpose of Prior Authorization is solely to ensure that patients receive services at the appropriate time and in the appropriate setting. Prior Authorization is required for certain services, which are listed in the Cost Containment and Medical Management Section of this Contract. Please have the Member's Physician contact the Administrator at the telephone number shown on Your Plan ID card before services are provided. Otherwise, the Member's benefits may be reduced or denied. A Prior Authorization is not a guarantee of benefits. Benefits are based on all terms and conditions of the Coverage in force for the Member at the time services are provided.

This section shows how much the Plan pays for Covered Services described in the Member Benefits section.

**NOTE:** Charges billed by an Out-of-Network Provider or Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

| **Calendar Year Deductible** | **Network Provider Services** | **Out-of-Network Provider Services** |
|---|---|---|
| **Deductible Maximum Per Member** | **$300** | |

| **Coinsurance Percentages** | **Network Provider Services** | **Out-of-Network Provider Services** |
|---|---|---|
| **Covered Services** | **80% of the Maximum Allowable Charge after Deductible** | **60% of the Maximum Allowable Charge after Deductible** |

| **Emergency Room Deductible** | **Network Provider** | **Out-of-Network Provider** |
|---|---|---|
| **Additional Deductible for Each Emergency Room Visit (If patient not admitted)** | **$75** | **$75** |

**The Emergency Room Deductible is separate and in addition to the Calendar Year Deductible. The Emergency Room Deductible will be applied to each Emergency Room visit.**

| **Out-of-Pocket Maximum** | **Network Provider Services** | **Out-of-Network Provider Services** |
|---|---|---|
| **Individual** | **$2,400** | **Unlimited** |
| **Family** | **$6,000** | **Unlimited** |

| Copayment | Network Provider | Out-of-Network Provider |
|---|---|---|
| **Physician's Office Visit** | **$15** | **Deductible/ Coinsurance** |

The Copayment will be applied to each office visit for the eligible services performed in the office and provided and billed by a Physician who is a Network Provider. The remaining charges for eligible services will be paid at 100% of the Maximum Allowable Charge. If a Physician who is an Out-of-Network Provider is utilized for eligible services, benefits will be determined on the basis of the Out-of-Network Coinsurance Percentage after the Deductible is met.

The network plan benefits are based on negotiated fees. If the Member uses an Out-of-Network Provider, the Copayment will not apply and the Member's liability will increase significantly.

**Copayments do not apply to the following services:**

- All maternity services
- All therapeutic services
- Allergy testing and injections
- Behavioral Health Care services
- Biopsy interpretation
- Bone density testing
- Cardiac diagnostic testing
- Chemotherapy services
- Chiropractic services
- CT Scans; CTA Scans
- Dental services
- Diagnostic services sent out
- DME and DME supplies
- Growth hormone injections
- IV therapy
- Lupron injections
- Mammography
- MRI, MRA, MRS
- Nerve conduction tests
- Neuropsychological or neurological tests
- Nuclear Cardiology
- Nuclear medicine
- Orthotics
- PET scans
- Prosthetics
- Provider Administered Specialty Pharmacy products
- Sleep studies
- Surgery performed in a Physician's office and related surgical supplies
- Synagis injections
- Ultrasounds

These services will be covered under normal contract benefits, subject to the terms and conditions of this Contract. Deductibles and Coinsurance will apply.

**Copayments do not apply toward satisfying Deductibles or Out-of-Pocket Maximums.**

**Once the Deductible and Out-of-Pocket Maximums are met, Copayments still apply.**

## BEHAVIORAL HEALTH CARE MAXIMUMS

| | |
|---|---|
| Coinsurance Percentage<br>After Deductible Met<br>(Network and/or Out-of-Network Provider Services) | 50% |
| Inpatient/Outpatient<br>Benefits Payable per Calendar Year<br>(Network and/or Out-of-Network Provider Services) | $7,500 |

Deductible applied to Behavioral Health Care services and Behavioral Health Care Coinsurance do not apply toward the Individual or Family Out-of-Pocket Maximums.

## BENEFITS FOR PRESCRIPTION DRUGS

| Network Pharmacies | Out-of-Network Pharmacies |
|---|---|
| 80% of the Maximum Allowable Charge after Deductible | 60% of the Maximum Allowable Charge after Deductible |

## BENEFITS FOR SELF-ADMINISTERED SPECIALTY PHARMACY PRODUCTS

| Specialty Pharmacy Network | Network Pharmacies | Out-of-Network Pharmacies |
|---|---|---|
| 80% of the Maximum Allowable Charge after Deductible | 80% of the Maximum Allowable Charge after Deductible | 60% of the Maximum Allowable Charge after Deductible |

Note: Specialty Pharmacy Products are limited to a quantity of up to a 30-day supply per Prescription fill.

## ORGAN TRANSPLANT SCHEDULE OF BENEFITS

| **Organ Transplant Services, all transplants except kidney** | **In-Transplant Network Benefits:** | **Network Providers not in the Transplant Network:** | **Out-of-Network Providers:** |
|---|---|---|---|
| | 80% of Transplant Maximum Allowable Charge (TMAC) after Deductible; Network Out-of-Pocket Maximum applies. Member is not responsible for amounts over TMAC. | 80% of Transplant Maximum Allowable Charge (TMAC) after Deductible; Network Out-of-Pocket Maximum applies; amounts over TMAC do not apply to the Out-of-Pocket Maximum and are not covered. Member may be responsible for amounts over TMAC. | 60% of Transplant Maximum Allowable Charge (TMAC) after Deductible; amounts over TMAC are not covered. Member will be responsible for all amounts over TMAC. |
| **Organ Transplant Services, kidney transplants** | **Network Providers:** | | **Out-of-Network Providers:** |
| | 80% of Maximum Allowable Charge (MAC) after Deductible; Network Out-of-Pocket Maximum applies. | | 60% of Maximum Allowable Charge (MAC) after Deductible; amounts over MAC are not covered. Member will be responsible for amounts over MAC. |

All Organ Transplants require Prior Authorization. Benefits will be denied without Prior Authorization. **Transplant Network Providers** are different from Network Providers for other services. Call customer service before any pre-transplant evaluation or other transplant service is performed to request Authorization and to obtain information about Transplant Network Providers. Network Providers that are not in the Transplant Network may bill the Member for amounts over TMAC not Covered by the Plan.

Not all Network Providers and BlueCard PPO Providers are in the **Transplant Network**.

## WELL CARE SERVICES

**Benefits are available, for the following services only when provided by a Network Provider in the provider's office as outlined in the Schedule of Benefits.**

**Child Health Supervision Services.** Benefits are available, subject to the Copayment, for a Member under 7 years of age for physical examinations and appropriate immunizations/vaccinations rendered by a Network Provider. Services include history, physical exam, developmental assessment, anticipatory guidance, and appropriate immunizations and laboratory tests, in keeping with prevailing medical standards. No benefit is available for the examinations and immunizations if provided by an Out-of-Network Provider.

Benefits for physical examinations are subject to the following guidelines:

*Under age one*: 4 exams from birth to the child's first birthday

*Age one*: 2 exams from the child's first birthday to the child's second birthday

*Age two through six:* *1 exam per year

*The Member's birthday determines when a year begins and ends.

Exams not used during these time periods do not carry over to the next time period.

The initial examination of a newborn in the Hospital is covered subject to the Deductible and Coinsurance. This examination may be by a Network or Out-of-Network Provider and does not count toward the physical examination limitations above. Benefits will be allowed, subject to Deductible and Coinsurance, for the initial newborn hearing screening. Additional routine examinations and hearing screenings for a newborn in the Hospital will not be considered eligible services.

Immunizations, vaccinations and booster shots recognized as appropriate for Child Health Supervision are eligible and include:

| | |
|---|---|
| Diphtheria, Tetanus, Pertussis (DPT) | Measles, Mumps, Rubella (MMR) |
| Haemophilus influenza type B (HIB) | Meningococcal |
| Hepatitis A | Pneumococcal |
| Hepatitis B | Rotavirus |
| Inactivated Poliovirus | Varicella |
| Influenza | |

**Annual OB/GYN Exam.** Benefits will be available, subject to the Copayment, for one routine OB/GYN exam per Calendar Year. Services must be rendered by a Network Provider in the Physician's office and billed by the Network Provider. Related pathology, including pap smear, which is provided as a part of the routine OB/GYN exam, will be covered when the services are rendered by a Network Provider in the Physician's office and billed by the Network Provider. Related pathology that the Physician sends to an independent laboratory will be subject to Deductible and Coinsurance. No benefit is available for routine OB/GYN exams provided by an Out-of-Network Provider.

**Benefits are available, for the following services when provided by a Network or Out-of-Network Provider as outlined in the Schedule of Benefits.**

**Annual routine PSA.** Benefits will be provided, subject to Deductible and Coinsurance, for one routine PSA per Calendar Year when services are rendered by an independent laboratory or other outpatient setting. Services rendered in a Network Physician's office will be subject to the Copayment. Services rendered in an Out-of-Network Physician's office will be subject to the Deductible and Out-of-Network Coinsurance.

**Annual routine Pap Smear.** Benefits will be provided, subject to Deductible and Coinsurance, for the interpretation of one routine pap smear per Calendar Year when services are rendered by an independent laboratory or other outpatient setting. Services rendered in a Network Physician's office will be subject to the Copayment. Services rendered in an Out-of-Network Physician's office will be subject to the Deductible and Out-of-Network Coinsurance.

**Routine Colonoscopy**. Benefits will be provided for one routine colonoscopy every four years for Members age 50 and over, subject to Deductible and Coinsurance.

**Mammograms.** Benefits are available, subject to Deductible and Coinsurance Percentages for routine mammography screening, provided such examinations are conducted upon the recommendation of the Member's Physician. One baseline routine mammogram will be allowed for Members between the ages of 35 and 39. One routine mammogram will be allowed per Calendar Year for Members age 40 and above.

## Section VIII
## Member Benefits

This Coverage provides benefits for many medical services and supplies received by a Subscriber or Eligible Dependent. However, not all medical expenses are covered. It is important for the Members to understand which services are covered by this Contract. Members also need to remember how the Cost Containment and Medical Management features can affect their benefits as Prior Authorization is required for certain services.

Most health care coverage contains specific benefit maximums, limitations and exclusions. The benefit maximums, limitations and exclusions that apply to this Coverage are outlined in the Limitations/Exclusions Section, in the Schedule of Benefits section and in this Member Benefits section.

Benefits will be provided under this Coverage only for services or supplies which are Medically Necessary and Medically Appropriate and performed and billed by an Eligible Provider. Services must be related to the diagnosis and/or treatment of the Member's illness, injury, or pregnancy.

**Benefits for each expense are subject to the applicable Copayment or Deductible. Coinsurance will be a percentage of the Maximum Allowable Charge as stated in the Schedule of Benefits.** The portion of any charge for a service or supply which is more than the Maximum Allowable Charge amount will not be considered covered. Charges billed by an Out-of-Network Provider or a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

### Allergy Testing

Allergy testing is covered subject to medical policy review. Please have the Member's Physician contact the Administrator for pre-determination of benefits.

### Ambulance

Benefits are available, subject to Deductible and Coinsurance, up to a Maximum Allowable Charge of $ 450 for a ground Ambulance to transport the Member:

- from the Member's home or the scene of an accident or Emergency to the nearest Hospital where appropriate medical or surgical services are available;
- between Hospitals; or
- between a Hospital and a Skilled Nursing Facility.

Benefits are available for air or sea Ambulance, subject to Deductible and Coinsurance, up to a Maximum Allowable Charge of $ 5,000 from one location to another where:

- the Member's medical condition requires immediate transport that could not be provided by local ground Ambulance; or
- the point of pick up is not accessible by land vehicle; or
- the Member's medical condition is such that the time needed to transport poses a threat to his or her health.

Benefits will not be available under this Coverage for:

- charges for dispatch of an Ambulance that is not used by the Member;
- transport to a Physician's office, outpatient department of a Hospital for medical care, or the patient's home; or
- charges for waiting time or extrication.

Independent Ambulance providers are considered Non-Contracted Providers.

**Anesthesia**

Anesthesia administered by a Certified Registered Nurse Anesthetist (CRNA) or a Physician (other than the operating surgeon) provided the surgery is covered.

**Assistant Surgeon**

Services of an assistant surgeon who actively assists the operating surgeon in performing a covered surgical procedure, when:

- no intern, resident, or other staff doctor is available; and
- the surgical procedure requires the services of an assistant.

**Behavioral Health Care Services**

Benefits are available for Medically Necessary and Medically Appropriate inpatient and outpatient treatment of mental health and substance abuse disorders (behavioral health conditions) characterized by abnormal functioning of the mind or emotions and in which psychological, emotional or behavioral disturbances are the dominant features.

The eligible licensed professional providers of Behavioral Health Care services are as follows:

- Advance Practice Nurse (APN) for medication management only
- Licensed Clinical Social Worker (LCSW)
- Licensed Professional Counselor (LPC)
- Licensed Psychological Examiner (LPE)
- Psychiatrist (MD, DO)
- Psychologist (Ph.D, Psy.D, ED.D)

Benefits are applied toward the $7,500 Calendar Year maximum for Behavioral Health Care services. Coinsurance is not applied toward the Out-of-Pocket Maximum.

Prior Authorization is required for inpatient services.

**Breast Reconstruction**

Benefits are available for reconstructive breast surgery as a result of a mastectomy as well as surgery on the non-diseased breast needed to establish symmetry between the two breasts. Benefits are not available for reconstructive breast surgery as a result of a lumpectomy.

Post-mastectomy benefits are also available for:

- Breast prosthesis, surgical bras, or bras with an integrated prosthesis (combined limit of 5 per Calendar Year); and
- Gel inserts, if Medically Necessary and Medically Appropriate.

**Cardiac Rehabilitative Services**

Benefits are available for Medically Necessary and Medically Appropriate cardiac rehabilitative services for the treatment of cardiovascular disease. Prior authorization is required for inpatient and outpatient services. Outpatient services are limited to 36 visits per Calendar Year.

**Chiropractic Services**

Benefits are available for Medically Necessary and Medically Appropriate chiropractic services. The office visit Copayment will not apply to chiropractic services. Deductible and Coinsurance will apply.

**Complications of Pregnancy**

Benefits are available for Complications of Pregnancy, as defined by Tennessee state law, subject to Deductible and Coinsurance. Complications of Pregnancy means conditions, requiring hospital confinement when the pregnancy is not terminated, whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy or are caused by pregnancy, such as acute nephritis, nephrosis, cardiac decompensation, missed abortion and similar medical and surgical conditions of comparable severity. Complications of Pregnancy also includes non-elective cesarean section, ectopic pregnancy which is terminated and spontaneous termination of pregnancy, which occurs during a period of gestation in which a viable birth is not possible.

Complications of Pregnancy does not include false labor, occasional spotting, physician prescribed rest during the period of pregnancy, morning sickness, hyperemesis gravidarum, and similar conditions associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy or a live birth cesarean section.

**Dental Services For Accidental Injury**

Benefits are available under this Coverage only for dental work needed as the result of an Accidental Injury to the jaw, sound natural teeth, mouth or face. Covered Services must be performed within 12 months of the injury unless the medical records indicate the initial Medically Necessary and Medically Appropriate plan of treatment cannot be completed within 12 months of the injury. Such initial Medically Necessary and Medically Appropriate plan of treatment must be determined within 12 months of the injury. The accident must occur on or after the Effective Date of the Member's Coverage. An injury due to chewing or biting or received in the course of other dental procedures will not be considered an Accidental Injury.

Note: Under the terms of this Contract, Dentists (DDS, DMD) are Non-Contracted Providers. Charges billed by a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

**Dental Services - Anesthesia and Hospital**

Benefits are available for anesthesia, as well as inpatient or outpatient Hospital expenses, in connection with a dental procedure if such procedure involves:

- dental surgery performed on a Member eight years of age or younger, where such procedure cannot safely be provided in a dental office setting; or
- mental illness or behavioral condition which precludes dental surgery in an office setting.

Note: Under the terms of this Contract, Dentists (DDS, DMD) are Non-Contracted Providers. Charges billed by a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

**Dental Services – Impacted Teeth**

Benefits will be available for services and supplies for the surgical removal of impacted teeth. A Member's Coverage must be in effect for 12 months before this benefit is available.

Note: Under the terms of this Contract, Dentists (DDS, DMD) are Non-Contracted Providers. Charges billed by a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

**Diabetes Treatment**

Benefits are available for treatment, medical equipment, supplies and outpatient self-management training and education, including nutritional counseling, for the treatment of diabetes. In order to be covered, such services must be:

- prescribed and certified by a Physician as Medically Necessary and Medically Appropriate; and

- provided by a Physician, Registered Nurse, Dietician, or Pharmacist who has completed a diabetes patient management program recognized by the American Council on Pharmaceutical Education and the Tennessee Board of Pharmacy.

Services and supplies included under this provision shall include:

- blood glucose monitors, including monitors for the legally blind;
- test strips for blood glucose monitors;
- visual reading and urine test strips;
- injection aids;
- syringes and lancets;
- insulin pumps, infusion devices, and Medically Necessary and Medically Appropriate accessories;
- podiatric appliances for prevention of complications associated with diabetes;
- glucagon emergency kits; and
- insulin and oral hypoglycemic agents.

**Diagnostic Services**

When Medically Necessary and Medically Appropriate and ordered by an Eligible Provider to determine a specific condition or disease the following non-routine diagnostic services are covered:

- X-ray and other radiology services;
- laboratory and pathology services;
- cardiographic, encephalographic, and radioisotope test;
- prostate specific antigen (PSA) test;
- transrectal ultrasound for prostate cancer;
- group B Streptococcus testing on pregnant or newborn Members as recommended by the American College of Obstetricians and Gynecologists and the Center for Disease Control;
- mammograms; and
- pap smear.

Certain diagnostic services require Prior Authorization before services are rendered. For a list of diagnostic services requiring Prior Authorization, refer to the Cost Containment and Medical Management Section of this Contract.

**Durable Medical Equipment**

Benefits are available for the rental and, where deemed appropriate by the Administrator, the purchase of manually operated Durable Medical Equipment when Medically Necessary and Medically Appropriate and prescribed by a Physician. Benefits for rental should not exceed the purchase price of the equipment.

Benefits are also available to fit, adjust, repair, or replace Durable Medical Equipment, provided the need for this arises from normal wear or the Member's physical development -- and not as a result of improved technology, loss, theft, or damage.

**Home Health Care**

Benefits are available for Medically Necessary and Medically Appropriate services and supplies authorized by the Plan and provided in a Member's home by an agency who is primarily engaged

in providing home health care services. Covered Services include: part-time, intermittent nursing care by a visiting R.N. or L.P.N.; home infusion (IV) therapy; and respiratory therapy by persons licensed to perform such services; and oxygen and its administration.

Benefits will be provided for Covered Services prescribed by the Member's Physician and considered Medically Necessary and Medically Appropriate.

No Home Health Care benefits will be provided for:

- transportation services;
- services rendered primarily for Custodial Care;
- dietician services;
- social case work or homemaker services;
- home health aide;
- maintenance therapy; or
- food, including home-delivered meals.

Prior Authorization is required before Home Health Care services are rendered. Home Health Care is limited to 45 visits per Calendar Year.

### Home Infusion Therapy

Benefits are available for Medically Necessary and Medically Appropriate home infusion therapy. Prior Authorization may be required for certain home infusion therapy medications.

### Hospice Care

Hospice Care is an alternative to lengthy inpatient treatment for terminally ill patients. The patient's Physician must establish a plan of treatment. An approved Hospice must provide the services.

In-home services are available, such as:

- prescription drugs;
- medical supplies;
- Durable Medical Equipment; and
- other essential medical services.

The Deductible and Coinsurance will not apply to expenses incurred for Hospice care. The Coinsurance Percentage will be 100% for this service.

Inpatient Hospice Care is subject to medical review by Care Management. Prior Authorization is required before Hospice Care services are rendered.

### Hospital Emergency Services

Benefits will be provided subject to Deductible and Coinsurance for Emergency Services received in a Hospital emergency department when symptoms have been recorded by the attending Physician that an Emergency Medical Condition could exist.

Prior Authorization for Emergency Services will not be required. However, once the Member's medical condition has stabilized, Prior Authorization will be required for continuing inpatient care or transfer to another facility. Benefits will be reduced if such Prior Authorization is not obtained.

Emergency Services received in an Out-of-Network Hospital emergency department will be covered at the Network Provider Coinsurance Percentage level, after applicable Deductibles have

been met, until the Member's Emergency Medical Condition is stabilized. Further treatment of the condition by an Out-of-Network Provider will be subject to the Deductible, Out-of Network Coinsurance and Out-of-Network Out-of-Pocket Maximum.

An "Emergency" or "Emergency Medical Condition" means the sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that a prudent layperson, who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention, could potentially result in:

- placing the person's health in serious jeopardy;
- serious impairments to bodily functions;
- serious dysfunction of any bodily organ or part; or
- other serious medical consequences.

An "Emergency" does not include treatment of a chronic condition in which subacute symptoms have existed over a period of time and would not be considered an Emergency unless symptoms suddenly became severe enough to require immediate medical assistance.

"Emergency Services" means health care services and supplies furnished in a Hospital which are required to determine, evaluate and/or treat an Emergency Medical Condition until such Condition is stabilized, as directed or ordered by a Physician or Hospital protocol.

**Hospital Inpatient Services**

- Room, board, and general nursing care in a
  - semi-private room,
  - private room (limited to most common semi-private room rate, unless approved by the Administrator),
  - special care unit as approved by the Administrator;
- Use of operating, delivery and treatment rooms;
- Prescription drugs and medicines, including take home prescription drugs;
- Medical supplies, sterile dressings, casts, splints and crutches;
- Anesthetics;
- Diagnostic services (x-ray, laboratory and certain other tests);
- 23-Hour Observation stays; and
- Certain therapy services.

Prior Authorization is required for hospital admission.

**Hospital Outpatient Services**

- Treatment of a sudden and serious illness or Accidental Injuries;
- Removal of sutures, anesthetics and their administration, and other surgical services provided by a Hospital employee other than the surgeon or assisting surgeon;
- Prescription drugs, crutches, and medical supplies;
- Pre-Admission Testing;
- Ambulatory surgery; and
- Kidney dialysis clinic.

## Inpatient Rehabilitation Facility

An Inpatient Rehabilitation Facility is an inpatient facility which provides multi-disciplinary, structured, intensive therapy. Care is given by or under the supervision of Physicians and is monitored by Care Management.

Prior Authorization is required for this service. Inpatient Rehabilitation services are limited to 28 days per Calendar Year.

## Maternity Services

Benefits are available for pregnancy and childbirth. Unless the mother and attending health care provider agree on an earlier date of discharge, benefits will be available for hospital stays of not less than 48 hours following a conventional delivery or 96 hours following a cesarean delivery.

**The Plan provides maternity benefits only under TRHH Family Coverage which has been in effect for nine consecutive months.**

Copayments do not apply to maternity services, including pre-natal ultrasounds. Eligible maternity services will be subject to Deductible and Coinsurance.

## Multiple or Bilateral Surgical Procedures

When two or more covered surgical procedures are performed at the same time, or in one surgical setting, benefits will be based on:

- the amount of benefits for the procedure for which the highest dollar amount would be billed (if charges for the surgical procedures are different); and
- up to one-half of the benefits which are available with respect to the other covered surgical procedure(s), whether performed through the same or separate incisions.

## Occupational Therapy

Occupational therapy is covered only for the treatment of major trauma to the hand. Benefits for Outpatient services are limited to 30 visits per Calendar Year.

Prior Authorization must be obtained prior to services being rendered.

## Orthognathic Surgery For Treatment of Clinically Significant Obstructive Sleep Apnea

Benefits are available for orthognathic surgery only for the treatment of clinically significant obstructive sleep apnea (OSA) and only after all of the following requirements have been met. The member must have:

- documented results of a full polysomnogram (sleep study) which confirms a diagnosis of obstructive sleep apnea due to type II obstruction (oropharynx/hypopharynx) or type III obstruction (hypopharynx); and
- failed to respond to or tolerate nasal continuous positive airway pressure (nCPAP); and
- been treated unsuccessfully by uvulopalatopharyngoplasty (UPPP), if OSA is due to type I obstruction (oropharynx); and
- been confirmed by fiberoptic pharyngoscopy and cephalometric radiographs with tracing that the site of obstruction is oropharynx (palate) and/or hypopharynx (base of tongue); and
- a pre-surgical physical evaluation supporting the need for orthognathic surgery.