Prior Authorization must be obtained prior to services being rendered. Medical records must be submitted to the Administrator to substantiate the preceding requirements have been met.

**Physical Therapy**

Benefits are available for Medically Necessary and Medically Appropriate physical therapy services to relieve pain, restore bodily function, and prevent disability following illness, injury, or loss of a body part. Prior Authorization is required for services rendered at home. Outpatient physical therapy is limited to 40 visits per Calendar Year.

**Physicians' Services**

- Services and supplies for the diagnosis and treatment of illness or injury, including surgery.
- A second and/or third surgical opinion received before surgery.
- Services of an attending Physician for inpatient or outpatient services, or consultation services when requested by the attending Physician.
- Services of a Physician for treatment by x-ray, radium, or other radioactive substances.

**Private Duty Nursing**

Benefits are available for certain private duty nursing services in the home when Medically Necessary and Medically Appropriate and rendered by a Registered Nurse (R.N.) or Licensed Practical Nurse (L.P.N.), provided:

- professional skills of an R.N. or L.P.N. (as compared with other nursing skill levels) are Medically Necessary and Medically Appropriate to provide the appropriate level of care; and
- such services are ordered by a Physician.

Prior Authorization must be obtained prior to services being rendered.

**Prosthetic Appliances**

When approved by the Administrator, the cost of prosthetic appliances needed to replace all or part of an absent or malfunctioning body part, including surrounding tissue, is a Covered Service. The Plan also pays benefits to fit, adjust, repair or replace the device, provided the need for this arises from normal wear or the Member's physical development--not as a result of improved technology, loss, or theft to the appliance or device. No benefit will be provided for an artificial heart, lung, liver, pancreas or any other artificial organ or any associated expense(s). This benefit does not include dental appliances or the replacement of cataract lenses.

Prior Authorization must be obtained prior to services being rendered.

**Radiation Therapy**

Treatment of disease by x-ray, radium, or radioactive isotopes is a Covered Service.

**Reconstructive Surgery**

Surgery to restore bodily function or correct deformity that began on or after the Effective Date of this Coverage, subject to all terms and conditions of this Contract, is a Covered Service. Benefits are only for problems caused by disease, injury, birth or growth defects, or previous treatments.

**Respiratory Therapy**

Introduction of dry or moist gases into the lungs is a Covered Service.



Case 1:11-cv-00164-CLC-SKL Document 1-2 Filed 06/21/11 Page 1 of 34 PageID #: 44

**Skilled Nursing Facility**

Benefits are available for a Skilled Nursing Facility, a facility which mainly provides inpatient skilled nursing and related services to patients requiring convalescent and rehabilitative care. Such care is given by or under the supervision of Physicians. A skilled nursing facility is not, other than incidentally, a place that provides:

- minimal custodial, ambulatory, or part-time care, or
- treatment for mental illness, alcoholism, drug abuse or pulmonary tuberculosis.

Skilled Nursing is limited to 60 days per Calendar Year. Prior Authorization is required for this service.

**Speech Therapy**

Speech therapy is limited to coverage for disorders of articulation and swallowing resulting from Acute illness, injury or stroke. Outpatient speech therapy is limited to 30 visits per Calendar Year.

Prior Authorization must be obtained prior to services being rendered.

**Sterilization**

Benefits are available for male or female sterilization after a Member's Coverage has been in effect for 6 consecutive months. Benefits are subject to Deductible and Coinsurance.

**TMJ (Temporomandibular Joint Syndrome or Dysfunction)**

Benefits are available for the diagnosis and treatment of temporomandibular joint syndrome or dysfunction (TMJ or TMD) and associated pain of the joint between the temporal bones and the mandible. Non-surgical treatment of TMJ includes history exam, office visit, x-rays, diagnostic study casts, medications and appliances to stabilize the jaw joint. Non-surgical treatment of TMJ is limited to $750 per Member per Calendar Year, subject to Deductible and Coinsurance. Surgical treatment of TMJ will be considered as any other illness subject to the terms and conditions of this Contract.

Treatment for correction of underbite, overbite, and misalignment of the teeth (including orthognathic surgery), including braces for dental indications, is excluded.

Note: Under the terms of this Contract, Dentists (DDS, DMD) are Non-Contracted Providers. Charges billed by a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

**Vision Services**

Benefits are available for services and supplies which are Medically Necessary and Medically Appropriate for the diagnosis and treatment of diseases and injuries to the eye. One set of eyeglasses or contact lenses required as a result of intraocular surgery or ocular injury. Covered Services must be performed within 90 days of the surgery or injury. Eligible expenses are subject to the Deductible and Coinsurance specified in the Schedule of Benefits. The maximum benefit payable for this service is $100.

## Section IX
## Prescription Drug Benefits

### PRESCRIPTION DRUGS

Benefits are available for prescription drugs, subject to the Deductible and Coinsurance, for use by a Member outside of a Hospital or Other Facility. In order to be considered covered, such drug must be:

- prescribed by a licensed practitioner who is authorized by law to prescribe a drug on or after the Member's Effective Date of Coverage,
- approved for use by the Food and Drug Administration (FDA) for the prescribed indication,

  (However, benefits will be available for a prescription drug which is prescribed to treat a recognized indication which has not been approved by the FDA for such indication, provided such prescription drug is: (a) otherwise approved by the FDA; and, (b) approved by the Administrator's Medical Director based on peer-reviewed medical literature or standard reference compendia.)

- dispensed by a licensed Pharmacist, either in person or through home delivery, and
- unavailable for purchase without a prescription.

Some prescription drugs may require Prior Authorization or may be subject to quantity limitations. Please contact the number listed on Your Plan ID card or visit www.bcbst.com for details.

**The Pharmacist may not be You or a member of Your immediate household.**

No benefits are available for prescription drugs purchased outside the United States, unless approved by the Plan.

Over-the-counter drugs (not requiring a prescription), prescription devices, vitamins which, by Tennessee law do not require a prescription; and/or prescription drugs dispensed in a doctor's office are not eligible except as otherwise specified in this Contract. However, benefits will be available for:

- drugs or formula required to treat Phenylketornuria, and
- injectable insulin, oral hypoglycemic agents, and syringes.

**Your prescription drug claims are not submitted by the pharmacy for reimbursement. You must submit all prescription drug claims by the end of the Calendar Year following the year in which the prescriptions were purchased.** If Coverage is terminated, claims for prescription drugs purchased before termination must be received by the Administrator within nine months following the termination date.

To obtain prescription drug claim forms, contact Your local TRH Representative or call the toll free number on Your Plan ID card. Prescription drug claim forms are also available at www.trh.com.

### PRESCRIPTION DRUG BENEFIT - NETWORK

The network of pharmacies can offer savings through the preferential pricing the Administrator has negotiated.

To qualify for the savings, the Member must:

- Go to a Network Pharmacy to obtain the Member's medication. Failure to use a Network Pharmacy may cost the Member more money. The Member should verify that the

pharmacy is an active Network Pharmacy for the Plan each time he or she visits the pharmacy to obtain a prescription; and

- Show the pharmacist Your Plan ID card along with Your prescription drug order; and
- Give the pharmacist the birth date and the sex of the person for whom the prescription drug is being filled; and
- Obtain the reference/authorization number of the purchase. The pharmacist will provide You with the reference/authorization number, which should be on the drug receipt. This number begins with an "A" followed by 13 digits. Providing the Administrator with the reference/ authorization number and the drug receipts will improve the processing of Your claims. (Note: The Member must pay the pharmacy for the prescription at the time of service.). When using home delivery, the reference number will be on the invoice. The invoice with each order is the only one You will receive. Be sure to save and make a copy of the invoices.

File Your drug claims as quickly as possible. This procedure will provide quicker reimbursement to You. You will be reimbursed at the Network Provider Coinsurance Percentage after the Member's Deductible is met.

## PRESCRIPTION DRUG BENEFIT - OUT-OF-NETWORK

When You use an Out-of-Network Pharmacy, You will not receive the preferential pricing negotiated by the Administrator. You must pay the pharmacy for the prescription at the time of service. File Your drug claims as quickly as possible. You will be reimbursed at the Out-of-Network Coinsurance Percentage applied to the Maximum Allowable Charge after Your Deductible is met.

Charges billed by an Out-of-Network Pharmacy which exceed the Maximum Allowable Charge will be the responsibility of the Member.

## PRESCRIPTION DRUG BENEFIT - SELF-ADMINISTERED SPECIALTY PHARMACY PRODUCTS

Benefits are available for certain Medically Necessary and Medically Appropriate self-administered Specialty Pharmacy Products as identified on the Administrator's Specialty Pharmacy Products list. There is a distinct network for Specialty Pharmacy Products. The network of specialty pharmacies can offer savings through preferential pricing negotiated by the Administrator. The Specialty Pharmacy Network Pharmacy is a part of Your Plan's Network, and In-Network Benefits apply. Certain Specialty Pharmacy Products require Prior Authorization. The prescribing physician should contact the Administrator for Prior Authorization.

When purchasing a self-administered Specialty Pharmacy Product from a Specialty Pharmacy Network Provider, the Member will need to save and make a copy of the invoice. File Your claims as quickly as possible. This procedure will provide quicker reimbursement to You. You will be reimbursed, based on the Maximum Allowable Charge, at the Specialty Pharmacy Network Coinsurance Percentage after the Deductible is met.

When purchasing a self-administered Specialty Pharmacy Product from an Out-of-Network Pharmacy provider, You will be reimbursed, based on the Maximum Allowable Charge, at the Out-of-Network Coinsurance Percentage after the Deductible is met. This will result in higher out-of-pocket expenses for the Member.

## PROVIDER-ADMINISTERED SPECIALTY PHARMACY PRODUCTS

Medically Necessary and Medically Appropriate provider-administered Specialty Pharmacy Products as identified on the Administrator's Specialty Pharmacy Products list, which is located at www.bcbst.com or call the toll free number on Your Plan ID card. This benefit includes



Case 1:11-cv-00164-CLC-SKL Document 1-2 Filed 06/21/11 Page 4 of 34
PageID #: 47

administration by a qualified provider. Prior Authorization may be required for certain Provider Administered Specialty Pharmacy Products. The benefit will be based on the status of the Provider as a Network or Out-of-Network Provider.

## PRESCRIPTION DRUG BENEFIT – COMPOUND DRUGS

A compound drug is an outpatient prescription drug, which is not commercially prepared by a licensed pharmaceutical manufacturer in a dosage form approved by the Food and Drug Administration (FDA) and which contains at least one ingredient classified as a legend prescription drug. Compound drugs, which require a Physician's prescription, are prepared by a Pharmacist who mixes and adjusts drug ingredients to customize a medication to meet a patient's individual needs.

Check to see if Your pharmacy is a network pharmacy provider each time You fill a compound drug. You may have to pay more if You have a compound drug filled at a pharmacy that is not a network pharmacy provider.

Benefits will be provided at the Network Coinsurance Percentage after the Member's Deductible has been met. If the Member uses a pharmacy that is not a network pharmacy provider, the Member will be responsible for the difference between billed charges and the Maximum Allowable Charge. File Your compound drug claims as quickly as possible.

## Section X
## Transplant Benefits

Organ transplant - As soon as the Physician tells the Member that he or she might need a transplant, the Member or the Physician needs to contact the Plan's Transplant Case Management department.

Benefits are available for Medically Necessary and Medically Appropriate services and supplies provided to a Member when the Member is the recipient of the following organ transplant procedures: (1) heart, (2) heart/lung, (3) bone marrow, (4) lung, (5) liver, (6) pancreas, (7) pancreas/kidney, (8) kidney, (9) small bowel, and (10) small bowel/liver. Benefits may be available for other organ transplant procedures, which in the discretion of the Administrator and according to advances in medical technologies, are not Experimental or Investigational and which are Medically Necessary and Medically Appropriate.

The Member has access to three levels of benefits: In-Transplant Network, Network, and Out-of-Network. If the Member goes to an In-Transplant Network Provider, he or she will have the highest level of benefits.

Transplant services or supplies that have not received Prior Authorization will not be covered. Prior Authorization is the pre-treatment authorization which must be obtained from the Administrator before any pre-transplant evaluation or any covered procedure is performed.

1. Prior Authorization Procedures

   To obtain Prior Authorization, the Member or the Physician must contact the Plan's Transplant Case Management department before pre-transplant evaluation or transplant services are received. Authorization should be obtained as soon as possible after the Member has been identified as a possible candidate for transplant services.

   Transplant Case Management is a mandatory program for those Members seeking Transplant Services. The Member should call the 800 number on the front of the Plan ID card for customer service. They will transfer the Member to Transplant Case Management. The Administrator must be notified of the need for a transplant in order for it to be a Covered Service.

2. Covered Services

   The following Medically Necessary and Medically Appropriate transplant services or supplies which have received Prior Authorization are provided in connection with a covered procedure:

   a. Medically Necessary and Medically Appropriate services and supplies otherwise covered under this Contract.

   b. Medically Necessary and Medically Appropriate services and supplies for each listed organ transplant are covered only when Transplant Case Management approves a transplant. **Not all Network Providers are in the Transplant Network. Please check with a Transplant Case Management Case Manager to see which hospitals are in the Transplant Network.**

   c. Travel expenses for the Member's evaluation prior to a covered procedure and to and from the site of a Covered Procedure by: (1) private car; (2) ground or air Ambulance; or (3) public transportation. This includes the travel expenses of the Member and one person to accompany the Member. Travel expenses are covered only when In-Transplant Network Provider is used.

      (i) Travel by private car is limited to the reimbursement of the IRS mileage rate in effect at the time of travel for travel more than 30 miles from the Member's home to and from a facility in the Transplant Network.

(ii) Meals and lodging expenses are covered if the Member and companion travel more than 30 miles each way, and are limited to $150 daily.

(iii) The aggregate limit for travel expenses is $10,000 per covered procedure.

d. Donor organ procurement. If the donor is not a Member, Covered Services for the donor are limited to those services and supplies directly related to the transplant service itself: (1) testing for the donor's compatibility; (2) removal of the organ from donor's body; (3) preservation of the organ; and (4) transportation of the organ to the site of transplant. Services are covered only to the extent not covered by other health coverage. The search process and securing the organ are also covered under this benefit. Complications of donor organ procurement are not covered.

3. Conditions/Limitations

The following limitations and/or conditions apply to services, supplies or charges:

a. The Member or Member's Physician must notify Transplant Case Management prior to the Member receiving any transplant service, including pre-transplant evaluation, and obtain Prior Authorization. If Transplant case management is not notified, the transplant and related procedures will not be covered at all.

b. Transplant Case Management will coordinate all transplant services including pre-transplant evaluation. The Member must cooperate with the Administrator in coordination of these services.

c. Failure to notify the Administrator of proposed transplant services, or to coordinate all transplant related services with the Administrator, will result in the reduction or exclusion of payment for those services.

d. The Member must go through Transplant Case Management and receive Prior Authorization for the transplant to be covered.

e. Once the Member has notified Transplant Case Management and received Prior Authorization, he or she may decide to have the transplant performed outside the Transplant Network. **However the Member's benefits will be greatly limited, as described below. Only the Transplant Maximum Allowable Charge for the service provided will be covered.**

(i) In-Transplant Network transplants. The Member has the transplant performed at an In-Transplant Network Provider. The Member receives the highest level of reimbursement for Covered Services. The Plan will reimburse the In-Transplant Network Provider at the benefit level listed in the Schedule of Benefits at the Transplant Maximum Allowable Charge. The In-Transplant Network Provider cannot bill the Member for any amount over the Transplant Maximum Allowable Charge for the transplant, which limits the Member's liability.

(ii) Network transplants. The Member has the transplant performed outside the Transplant Network, but still at a facility that is a Network Provider or a BlueCard PPO Network Provider. The Plan will reimburse the Network or BlueCard PPO Network Provider at the benefit level listed in the Schedule of Benefits, limited to the Transplant Maximum Allowable Charge. There is no maximum to the Member's liability. **The Provider also has the right to bill the Member for any amount not Covered by the Plan – this amount may be substantial.**

(iii) Out-of-Network transplants. The Member has the transplant performed by an Out-of-Network Provider (i.e., outside the Transplant Network and not at a facility that is a Network Provider or a BlueCard PPO Network Provider). The Plan will reimburse the Out-of-Network Provider only at the benefit level listed in the Schedule of Benefits, limited to the Transplant Maximum Allowable Charge. There is no maximum to the Member's liability. **The Out-of-Network Provider**

**also has the right to bill the Member for any amount not covered by the Plan – this amount may be substantial.**

The Member can find out what the Transplant Maximum Allowable Charge is for his or her transplant by contacting Transplant Case Management. Remember the Transplant Maximum Allowable Charge can and does change from time to time.

f. Kidney transplants. There are two levels of benefits for kidney transplants: Network and Out-of-Network.

(i) Network kidney transplants. The Member has a kidney transplant performed at a facility that is a Network Provider or a BlueCard PPO Network Provider. The Member receives the highest level of reimbursement for Covered Services. The Network or BlueCard PPO Network Provider can not bill the Member for any amount over the Maximum Allowable Charge for the transplant, which limits the Member's liability.

(ii) Out-of-Network kidney transplants. The Member has a kidney transplant performed by an Out-of-Network Provider (i.e. not at a facility that is a Network Provider or a BlueCard PPO Network Provider). The Plan will reimburse the Out-of-Network Provider only at the benefit level listed in the Schedule of Benefits at the Maximum Allowable Charge. There is no maximum to the Member's liability. **The Out-of-Network Provider also has the right to bill the Member for any amount not covered by the Plan – this amount may be substantial.**

(iii) Travel expenses are not covered for kidney transplants.

g. If the Member goes through Transplant Case Management for his/her transplant, follows its procedures, cooperates fully with them, and has the transplant performed at a contracted transplant institution, the transplant expenses specified in the Schedule of Benefits are Covered.

4. Exclusions

The following services, supplies and charges are not covered under this section:

a. **If the Member does not receive Prior Authorization, the transplant and related services will not be covered.**

b. Any service specifically excluded under the Contract's Limitations/Exclusions section, except as otherwise provided in this section.

c. Services or supplies not specified as Covered Services under this section.

d. If the Member receives Prior Authorization through Transplant Case Management, but does not obtain services through the Transplant Network, the Member will have to pay the Provider any additional charges not covered by the Plan.

e. Any attempted covered procedure that was not performed, except where such failure is beyond the control of the Member.

f. Non-Covered Services, except for those which are Medically Necessary and Medically Appropriate for the treatment of immediate and direct complications of a covered procedure.

g. Services which are covered under any private or public research fund, regardless of whether the Member applied for or received amounts from such fund.

h. Any non-human, artificial or mechanical organ.

i. Payment to an organ donor or the donor's family as compensation for an organ, or payment required to obtain written consent to donate an organ.

j. Donor services including screening and assessment procedures which have not received Prior Authorization from the Administrator.

k. Removal of an organ from a Member for purposes of transplantation into another person, except as covered by the donor organ procurement provision as described above.

l. Harvest, procurement, and storage of stem cells, whether obtained from peripheral blood, cord blood, or bone marrow when re-infusion is not scheduled within three (3) months of harvest.

m. Other non-organ transplants (e.g., cornea) are not covered under this Section, but may be covered as an inpatient hospital service or outpatient facility service, if Medically Necessary and Medically Appropriate.

## WHAT YOU CAN DO TO CONTAIN COSTS

**Before a Member receives health care services, check to be sure that the health care provider is a member of the Network. The current directory of Network Providers is available at www.bcbst.com and a link from www.trh.com. You may also obtain the current directory of Network Providers by calling the toll free number on Your Plan ID card.**

## PRIOR AUTHORIZATION

The purpose of Prior Authorization is solely to ensure that patients receive Covered Services at the appropriate time and in the appropriate setting.

Prior Authorization is required for certain Covered Services. The treating Physician must contact the Administrator at the telephone number shown on Your Plan ID card before Covered Services are provided. Otherwise, benefits may be reduced or denied. Covered Services that require Prior Authorization include:

- Certain Home Infusion Therapy Medications;
- Certain Specialty Pharmacy Products;
- Certain Retail Prescriptions;
- CT Scans (Computerized Tomography);
- CTA Scans (Computerized Tomography Angiography);
- Home Health Care
- Hospice Care
- Inpatient Behavioral Health Care;
- Impatient and Outpatient Cardiac Rehabilitative Services;
- Inpatient Hospital Stays;
- Inpatient Rehabilitation Facility;
- MRA (Magnetic Resonance Angiography);
- MRI (Magnetic Resonance Imaging);
- MRS (Magnetic Resonance Spectroscopy);
- Nuclear Cardiology;
- Occupational Therapy;
- Orthognathic Surgery;
- PET Scans (Positron Emission Tomography);
- Physical Therapy (when performed at home);
- Private Duty Nursing;
- Prosthetic Appliances;
- Skilled Nursing Facility;
- Speech Therapy;
- 23-Hour Observation (Network Providers);
- Transplants.

**A Prior Authorization is not a guarantee of benefits. Benefits are based on all terms and conditions of the Coverage in force for the Member at the time Covered Services are provided.**

Be sure to ask the doctor to contact the Administrator to obtain Prior Authorization 30 days before admitting a Member to a Hospital.

The Member's doctor must report Emergency admissions to the Administrator within 24 hours or within one working day after admission. If the Physician determines that a Member needs to remain in the Hospital for a longer period of time, additional authorization must be requested.

Prior Authorization is not required for maternity admissions or when Medicare is the primary payor. However, a TRIHI Family Coverage must be in effect for nine consecutive months before benefits will be available for maternity services.

Prior Authorization will not be required for the following Advanced Radiological Imaging services when performed during an emergency or during an inpatient hospital stay: CT Scans, CTA Scans, PET Scans, MRA, MRI, MRS, and Nuclear Cardiology.

You may call customer service to determine whether Prior Authorization is required. If Prior Authorization is required and not obtained, benefits will be reduced to 50% for Out-of-Network Providers, and for Network Providers outside Tennessee (BlueCard PPO Providers).

It is the Member's responsibility to obtain the Prior Authorization if the provider is an Out-of-Network Provider or a Network Provider outside Tennessee (BlueCard PPO Provider). In the case of an Out-of-Network Provider or a Network Provider outside Tennessee (BlueCard PPO Provider) if the reduction to 50% results in liability to the Member that is in excess of $2500 above what the Member would have paid had Prior Authorization been obtained, the Member may contact customer service to have the claim reviewed and adjusted. In this event, the reduction of the Member's liability will be limited to $2500.

Network Providers in Tennessee are responsible for obtaining Prior Authorization; the Member is not responsible for any additional liability when Tennessee Network Providers do not obtain Prior Authorization.

All organ transplant services require Prior Authorization. Benefits for organ transplant services will be denied if Prior Authorization is not obtained.

Member liability resulting from any reduction in benefits will not apply to the Out-of-Pocket Maximum.

## CONCURRENT UTILIZATION REVIEW

The goal of Concurrent Utilization Review is to encourage the appropriate use of hospitalization. The Administrator monitors each case of hospitalization until the Physician discharges the Member.

If under such review it is determined that continued care is not Medically Necessary and Medically Appropriate, the facility and the Physician will be notified in writing of a specific date after which benefits will no longer be payable under this Plan. The Member or Physician can appeal the decision by contacting the Administrator. The case will be reviewed and both the Physician and the Member will be notified of the results.

## CARE MANAGEMENT

The Administrator's Care Management program will identify Members with potentially complicated medical needs, chronic illness and/or catastrophic illnesses or injuries that may be suited for alternative treatment plans. After evaluation of the Member's condition, the Administrator may determine that alternative treatment is Medically Necessary and Medically Appropriate. In that event, the Plan may elect to offer alternative benefits for services not otherwise specified as Covered Services in this Contract. Such benefits will be offered only in accordance with a plan of treatment with which the Member (or the Member's legal guardian) and the attending Physician concur.

Care Management services will be made available on a case-by-case basis to individual Members. Under no circumstances does the Member acquire a vested interest in continued

receipt of a particular benefit or level of benefits. Offer or confirmation of alternative benefits or modes of care in one instance shall not obligate the Administrator to provide the same or similar benefits for the Member in another instance. In addition, nothing herein shall be deemed a waiver of the Administrator's right to enforce this Plan in strict accordance with its express terms and conditions.

## BLUECARD/BLUECARD PPO PROGRAM

When the Member is in an area where Network Providers are not available and needs health care services or information about a BlueCross BlueShield PPO Physician or Hospital, just call the BlueCard/BlueCard PPO Network Doctor and Hospital Information Line at 1-800-810-BLUE (2583.)

BlueCross BlueShield of Tennessee, Inc. will also help the Member locate the nearest BlueCard/BlueCard PPO Network Provider.

If the Member calls 1-800-810-BLUE (2583), **and** goes to a BlueCard/BlueCard PPO Network Physician or Hospital, benefits will be Covered as Network benefits, and the out-of-pocket expenses will be less than if the Member goes to a non-BlueCard/BlueCard PPO Network Provider or Hospital.

In the BlueCard/BlueCard PPO Program, the term "Host Plan" means the BlueCross BlueShield Plan that provides access to service in the location where the Member needs health care services.

Show the Plan ID card (that has the "PPO in a suitcase" logo) to any BlueCard/BlueCard PPO Network Provider. The BlueCard/BlueCard PPO Network Provider can verify membership, eligibility and Coverage with the Member's BlueCross BlueShield Plan. When visiting a BlueCard/BlueCard PPO Network Provider, the Member should not have claim forms to file. After services are received, the Member's claim is electronically routed to BlueCross BlueShield of Tennessee, Inc., which processes it and sends You a detailed Explanation of Benefits. The Member is responsible for any applicable Copayments, or Deductible and Coinsurance payments (if any.)

The calculation of the Member's liability for claims incurred outside BlueCross BlueShield of Tennessee, Inc.'s Service Area which are processed through the BlueCard/BlueCard PPO Program will typically be at the lower of the provider's Billed Charges or the negotiated price which would be paid to the Host Plan.

The negotiated price which would be paid to the Host Plan for health care services provided through the BlueCard/BlueCard PPO Program may represent either: (a) the actual price paid by the Host Plan on such claims; (b) an estimated price that factors into the actual price expected settlements, withholds, any other contingent payment arrangements and non-claims transactions with all of the Host Plan's health care providers or one or more particular providers; or (c) a discount from Billed Charges representing the Host Plan's expected average savings for all of its providers or for a specified group of providers. The discount that reflects average savings may result in greater variation (more or less) from the actual price paid than will the estimated price.

Plans using either the estimated price or average savings factor methods may prospectively adjust the estimated or average price to correct for over- or underestimation of past prices. However, the amount the Member pays is considered a final price.

In addition, laws in certain states may require BlueCross and/or BlueShield Plans to use a basis for calculating Member liability for Covered Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or to add a surcharge. Thus, if the Member receives Covered Services in these states, the Member's liability for Covered Services will be calculated using these states' statutory methods.

REMEMBER: THE MEMBER IS RESPONSIBLE FOR RECEIVING PRIOR AUTHORIZATION FROM THE ADMINISTRATOR. IF PRIOR AUTHORIZATION IS NOT RECEIVED, BENEFITS MAY BE REDUCED OR DENIED. CALL THE 1-800 NUMBER ON THE PLAN ID CARD FOR PRIOR AUTHORIZATION. IN CASE OF AN

EMERGENCY, THE MEMBER SHOULD SEEK IMMEDIATE CARE FROM THE CLOSEST HEALTH CARE PROVIDER.

## BLUECARD

If the Member doesn't have BLUECARD PPO (the Plan ID card doesn't have the "PPO in a suitcase" logo), the Member can go to any BlueCard Network Provider, and receive the same level of benefits.

## BLUECARD WORLDWIDE

Through the BlueCard Worldwide Program, the Member also has access to a Hospital network and referrals to doctors in major travel destinations throughout the world. When the Member needs to locate a Hospital or doctor, the Member can call the BlueCard Worldwide Service Center at 1.800.810.BLUE, or call collect at 1.804.673.1177, 24 hours a day, 7 days a week. The Member can also visit the web site ***https://international.worldaccess.com/bcbsa/index.asp?page=login.,*** or call BlueCross BlueShield of Tennessee, Inc. When the Member needs inpatient medical care, call the BlueCard Worldwide Service Center, who will refer the Member to a Network Hospital. The Member will only be responsible for the Plan's usual out-of-pocket expense (i.e., non-covered expenses, Deductible, Copayment and/or Coinsurance). In an Emergency, the Member should go to the nearest Hospital and call the BlueCard Worldwide Service Center if admitted. The Member still has the choice of using non-BlueCard Worldwide Hospitals; however, he/she may have to pay the Hospital directly and then file a claim for reimbursement. The out-of-pocket expenses may be significantly higher. The BlueCard Worldwide Service Center will also provide referrals to doctors, but the Member will have to pay the provider and then file the claim for reimbursement.

## WHEN TO APPLY FOR BENEFITS

You or the health care provider should file claims as soon as possible after the Member receives Covered Services. If Covered Services are received on a continuous basis, claims should be submitted at least every 30 days.

The Administrator must receive written notice of all claims at its main office in Chattanooga, Tennessee. **All claims must be submitted by the end of the Calendar Year following the year in which services were performed.** If the Coverage is terminated, the Administrator must receive notice of a claim within nine months following the Termination Date.

Within 30 days of receipt of a claim, the Administrator will provide You with one of the following:

- a Monthly Claims Statement or an Explanation of Benefits. Benefits will be paid directly to providers.
- a notice of denial of a claim.
- a request for additional information.

Claims will be processed based on information available at the time the claim is received. The Administrator will not be responsible for over or under payment of claims resulting from incomplete or inaccurate information, provided reasonable efforts are made to obtain and verify relevant facts when claims are submitted.

Because Deductible and maximum amounts are calculated separately for each Member, it is important that You keep separate records of the eligible medical expenses for Yourself and each of Your Eligible Dependents.

## CLAIMS FOR NETWORK PROVIDER SERVICES

Usually, when You or an Eligible Dependent receives care, the Network Provider will ask You to assign Your benefits to the provider. A Network Provider will file the necessary claims with the Administrator. Available benefits will be paid directly to the provider, and You will receive a Monthly Claims Statement or an Explanation of Benefits (EOB) showing the payment and any balance that is Your responsibility.

## CLAIMS FOR OUT-OF-NETWORK PROVIDER SERVICES

If an Out-of-Network Provider asks You to pay for treatment, ask the provider to give You a claim form and an itemized statement listing the services received and the charges for each service. You may then submit a claim to the Administrator, and available benefits will be paid to You. Be sure to include: (1) the patient's name; (2) Your Plan identification and group numbers; (3) treatment date(s); (4) the patient's diagnosis; and (5) information about any other health insurance the patient may have.

Benefits for Covered Services are subject to the Deductible, Out-of-Network Coinsurance Percentage and the Out-of-Network Out-of-Pocket Maximum. Charges billed by an Out-of-Network Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

## CLAIMS FOR NON-CONTRACTED PROVIDER SERVICES

There may be some provider types that the Administrator does not contract with. These providers are called Non-Contracted Providers. Non-Contracted Providers may or may not file Your claims for You. Benefits for Covered Services are subject to the Deductible, Network

Coinsurance and Network Out-of-Pocket Maximum. Charges billed by a Non-Contracted Provider which exceed the Maximum Allowable Charge will be the responsibility of the Member.

## CLAIMS FOR PRESCRIPTION DRUGS

**Your prescription drug claims are not submitted by the pharmacy for reimbursement. You must submit all prescription drug claims along with a prescription drug claim form by the end of the Calendar Year following the year in which the prescription drugs were purchased.** If Coverage is terminated, claims for prescription drugs purchased before the termination must be received by the Administrator within nine months following the termination date.

To obtain prescription drug claim forms, contact Your local TRH Representative or call the toll free number on Your Plan ID card. Prescription drug claim forms are also available at www.trh.com. Refer to the Prescription Drug Benefits section of this Contract for complete details.

## INFORMATION

Whenever You need to file a claim, for Yourself or an Eligible Dependent, it can be processed more efficiently if a completed claim form is submitted. This will ensure that all necessary information is provided. To obtain claim forms, contact Your local TRH Representative or call the toll free number on Your Plan ID card. Claim forms are also available at www.trh.com.

In addition to using a claim form, there are two other ways You can help to ensure a timely response to Your claim:

1. Keep the Plan informed if a Member has other health insurance.

   In processing a claim where two or more health insurance programs are involved, benefits are coordinated between the two programs. This coordination allows the patient, whenever possible, to meet his health care expenses -- and yet not collect more than the actual costs.

   To avoid delays that may occur when the Administrator has to ask about the Member's coverage under another plan, be sure to let the Administrator know if a Member becomes covered under another health insurance program.

2. Let the Plan know if You move.

   Notify Your TRH Representative at Your local Farm Bureau office of Your new address to make sure You receive claim payments, Monthly Claims Statements, and Explanations of Benefits (EOBs) timely.

## GRIEVANCE PROCEDURE

### A. Introduction

The Plan's Grievance procedure (the "Procedure") is intended to provide a fair, quick and inexpensive method of resolving any and all disputes with the Plan. Such disputes include: any matters that cause You to be dissatisfied with any aspect of Your relationship with the Plan; any Adverse Benefit Determination concerning a Claim; or any other claim, controversy, or potential cause of action You may have against the Plan. Please contact Your local TRH Representative or the BCBST customer service department, at the number listed on Your Plan ID card: (1) to file a Claim; (2) if You have any questions about this Plan or other documents that You receive from the Plan (e.g. an explanation of benefits); or (3) to initiate a Grievance concerning a dispute.

1. The Procedure can only resolve disputes that are subject to the Plan's control.

2. You cannot use this Procedure to resolve a claim that a Provider was negligent. Network Providers are independent contractors. They are solely responsible for making treatment decisions in consultation with their patients. You may contact the Plan; however, to complain about any matter related to the quality or availability of services, or any other aspect of Your relationship with Providers.

3. An Adverse Benefit Determination is any denial, reduction, termination or failure to provide or make payment for what You believe should be a Covered Service. In addition, an Adverse Benefit Determination includes any rescission of Coverage or a denial of Coverage in an initial eligibility determination.

   a. If a Provider does not render, or reduces or terminates a service that has been rendered, or requires You to pay for what You believe should be a Covered Service, You may submit a Claim to the Plan to obtain a determination concerning whether the Contract will cover that service. Providers may be required to hold You harmless for the cost of services in some circumstances.

   b. Providers may also appeal an Adverse Benefit Determination through the Plan's Provider dispute resolution procedure.

   c. The Plan's determination will not be an Adverse Benefit Determination if: (1) a Provider is required to hold You harmless for the cost of services rendered; or (2) until the Plan has rendered a final Adverse Benefit Determination in a matter being appealed through the Provider dispute resolution procedure.

4. You may request a form from the Plan to authorize another person to act on Your behalf concerning a dispute.

5. You and the Plan may agree to skip one or more of the steps of this Procedure if it will not help to resolve the dispute.

6. Any dispute will be resolved in accordance with applicable Tennessee or Federal laws and regulations, and this Contract.

**B. Description of the Review Procedures**

1. Reconsideration

   A Reconsideration is an informal process that may answer questions or resolve a potential dispute. You should contact Your local TRH Representative or a BCBST customer service representative if You have any questions about how to file a Claim or to attempt to resolve any dispute. Requesting a Reconsideration does not stop the time period for filing a Claim or beginning a dispute. You do not have to request a Reconsideration before filing a Grievance.

2. Grievance

   You must submit a written request asking the Plan to reconsider an Adverse Benefit Determination, or take a requested action to resolve another type of dispute (Your "Grievance"). You must begin the dispute process within 180 days from the date The Plan issues notice of an Adverse Benefit Determination or from the date of the event that is otherwise causing You to be dissatisfied with the Plan. If You do not initiate a Grievance within 180 days of when an Adverse Benefit Determination is issued, You may give up the right to take any action related to that dispute.

   Contact Your local TRH Representative or the BCBST customer service department at the number listed on Your Plan ID card for assistance in preparing and submitting Your Grievance. They can provide You with the appropriate form to use in submitting a Grievance. This is the first level Grievance procedure and is mandatory.

3. Grievance Hearing

After the Plan has received and reviewed Your Grievance, the Plan's first level Grievance committee will meet to consider Your Grievance and any additional information that You or others submit concerning that Grievance. In Grievances concerning urgent care or pre-service Claims, the Plan will appoint one or more qualified reviewer(s) to consider such Grievances. Individuals involved in making prior determinations concerning Your dispute are not eligible to be voting members of the first level Grievance committee or reviewers. The first level Grievance committee or reviewers have full discretionary authority to make eligibility, benefit and/or claim determinations, pursuant to the Contract.

4. Written Decision

The first level Grievance committee or reviewers will consider the information presented, and the chairperson will send You a written decision concerning Your Grievance as follows:

a. For a pre-service claim, within 30 days of receipt of Your request for review;

b. For a post-service claim, within 60 days of receipt of Your request for review; and

c. For a pre-service, urgent care claim, within 72 hours of receipt of Your request for review.

The decision of the first level Grievance committee will be sent to You in writing and will contain:

a. A statement of the first level Grievance committee's understanding of Your Grievance;

b.. The basis of the first level Grievance committee's decision; and

c. Reference to the documentation or information upon which the first level Grievance committee based its decision. The Plan will send You a copy of such documentation or information, without charge, upon written request.

5. Second Level Grievance Procedure

If You are not satisfied You may file a written request for a second level Grievance within ninety (90) days after the first level Grievance committee's decision has been issued. Upon receipt of Your request for a second level Grievance, Your request along with all submitted information will be forwarded to TRIHI for review.

Your decision concerning whether to file a second level Grievance has no effect on Your rights to any other benefits under the Contract. Any person involved in making a decision concerning Your dispute (e.g. first level Grievance committee members) will not be a voting member of the second level Grievance committee.

6. Second Level Grievance Hearing

You may present testimony to the second level Grievance committee. You may also request that the second level Grievance committee reconsider the decision of the first level Grievance committee, even if You do not want to present testimony concerning Your second level Grievance.

In either case, the second level Grievance committee will meet and consider all relevant information presented about Your second level Grievance and any new, relevant information that You submit for consideration.

7. Second Level Written Decision

After the hearing, the second level Grievance committee will meet in closed session to make a decision concerning Your second level Grievance. That decision will be sent to You in writing. The written decision will contain:

a. A statement of the second level Grievance committee's understanding of Your second level Grievance;

b. The basis of the second level Grievance committee's decision; and

c. Reference to the documentation or information upon which the second level Grievance committee based its decision. Upon written request, the Plan will send You a copy of any such documentation or information, without charge.

**C. Independent Review of Medical Necessity Determinations or Coverage Rescissions**

If Your Grievance involves a Medical Necessity or a Coverage rescission determination, then either: (1) after completion of the mandatory first level Grievance; or (2) after completion of the mandatory first level Grievance immediately followed by completion of the second level Grievance, You may request that the Dispute be submitted to a neutral third party, selected by the Plan to independently review and resolve such Dispute(s). If You request an independent review following the mandatory first level Grievance, You waive Your right to a second level Grievance and Your right to present testimony during the Grievance Procedure. Your request for independent review must be submitted in writing within 180 days after the date You receive notice of the committee's decision. Receipt shall be deemed to have occurred no more than two days after the date of issuance of the committee's decision. Any person involved in making a decision concerning Your Dispute will not be a voting member of the independent review panel or committee.

Your decision concerning whether to request independent review has no effect on Your rights to any other benefits under the Plan. The Plan will pay the fee charged by the independent review organization and its reviewers if You request that the Plan submit a Dispute to independent review. You will be responsible for any other costs that You incur to participate in the independent review process, including attorney's fees.

The Plan will submit the necessary information to the independent review entity within 5 business days after receiving Your request for review. The Plan will provide copies of Your file, excluding any proprietary information, to You, upon written request. The reviewer may also request additional medical information from You. You must submit any requested information, or explain why that information is not being submitted, within 5 business days after receiving that request from the reviewer.

The Plan must submit a written determination to You within 45 days after receipt of the independent review request. In the case of a life threatening condition, the decision must be issued within 72 hours after receiving the review request. Except in cases involving a life-threatening condition, the reviewer may request an extension of up to 5 business days to issue a determination to consider additional information submitted by the Plan or You.

The reviewer's decision must state the reasons for the determination based upon: (1) the terms of this Contract; (2) Your medical condition; and (3) information submitted to the reviewer. The reviewer's decision may not expand the terms of the Contract. If you chose to pursue Independent Review following the first level Grievance process, Your Grievance rights would be exhausted following the Independent Review.

**BRINGING LEGAL ACTION**

Any legal action taken with respect to Coverage under this Plan must begin within 2 years following the period permitted for timely filing of a claim. Legal action may not be taken until:

- A properly completed notice of claim has been submitted, and
- Such claim has either been denied in writing or not followed by a written response within 30 days after it is submitted, and
- The Member has exercised all of his or her review and appeal rights under this Contract, as defined under Grievance Procedure.

**Nothing in this Contract shall be construed as giving a provider the right to bring legal action for recovery from the Administrator for available benefits.**

## COORDINATION OF BENEFITS

This Coverage includes the following Coordination of Benefits (COB) provision, which applies when a Member has coverage under more than one group contract or health care "Plan". Rules of this Section determine whether the benefits available under this Contract are determined before or after those of another Plan. In no event, however, will benefits under this Contract be increased because of this provision.

**Periodically the Administrator will send You a form to update Your COB information. Please complete the form and return it to the Administrator to ensure Your records are accurate. Failure to return Your COB information to the Administrator shall entitle the Plan to withhold any and all benefits due the Member under the Plan until such information is received.**

### Definitions

The following terms apply to this provision:

a. "**Plan**" means any arrangement which provides benefits or services for, or because of, medical or dental care or treatment through:

   - group, blanket, or franchise insurance (whether insured or uninsured) other than school accident-type coverage;
   - Blue Cross Plan, Blue Shield Plan, group practice, individual practice, or other pre-paid insurance;
   - coverage under labor management trust Plans or Employee benefit organization Plans;
   - coverage under government programs to which an Employer contributes or makes payroll deductions;
   - coverage under a governmental Plan or coverage required or provided by law. This does not include a state Plan under Medicaid (Title XIX, Grants to States for Medical Assistance Programs, of the United States Social Security Act, as amended from time to time); and
   - any other arrangement of health coverage for individuals in a group.

   Each contract or other arrangement for coverage is a separate Plan. Also, if an arrangement has two parts and COB rules apply to only one of the two, each of the parts is a separate Plan.

b. "**This Plan**" refers to the part of the Contract under which benefits for health care expenses are provided.

   The term "**Other Plan**" applies to each arrangement for benefits or services, as well as any part of such an arrangement that considers the benefits and services of other contracts when benefits are determined.

c. The order of benefit determination rules state whether This Plan is a "**Primary Plan**" or "**Secondary Plan**" as to another plan covering the person.

When This Plan is a Primary Plan, its benefits are determined before those of the Other Plan and without considering the Other Plan's benefits.

When This Plan is a Secondary Plan, its benefits are determined after those of the Other Plan and may be reduced because of the Other Plan's benefits.

When there are more than two Plans covering the person, This Plan may be a Primary Plan as to one or more Other Plans, and may be a Secondary Plan as to a different Plan or Plans.

d. "**Allowable Expense**" means a necessary, reasonable and customary item of expense when the item of expense is covered in whole or in part by one or more Plans covering the Member for whom the claim is made.

The reasonable cash value of a service is deemed to be both an Allowable Expense and a benefit paid when a Plan provides benefits in the form of services.

The difference between the cost of a private Hospital room and the cost of a semi-private Hospital room is not considered an Allowable Expense under the above definition, unless the patient's stay in a private Hospital room is Medically Necessary and Medically Appropriate, either in terms of generally accepted medical practice, or as specifically defined in the Plan.

The Administrator will determine only the benefits available under This Plan. You are responsible for supplying them with information about Other Plans so they can act on this provision.

e. "**Claim Determination Period**" means a Calendar Year. It does not, however, include any part of a year during which a person has no Coverage under This Plan or any part of a year prior to the date this COB provision or a similar provision takes effect.

**Effect on Benefits**

This provision applies where there is a basis for a claim under This Plan and the Other Plan and when benefits of This Plan are determined after the Other Plan(s).

a. Benefits of This Plan will be reduced when the sum of:

- the benefits that would be payable for the Allowable Expenses under This Plan, in the absence of this COB provision; and
- the benefits that would be payable for the Allowable Expenses under the Other Plan(s), in the absence of provisions with a purpose similar to that of this COB provision, whether or not a claim for benefits is made;

exceed Allowable Expenses in a Claim Determination Period. In that case, the benefits of This Plan will be reduced so that they and the benefits payable under the Other Plan(s) do not total more than Allowable Expenses.

b. When the benefits of This Plan are reduced as described in (a) above, each benefit is reduced proportionately and is then charged against any applicable benefit limit of This Plan.

c. The Administrator will not, however, consider the benefits of the Other Plan(s) in determining benefits under This Plan when:

- the Other Plan has a rule coordinating its benefits with those of This Plan and such rule states that benefits of the Other Plan will be determined after those of This Plan; and

- the order of benefit determination rules require This Plan to determine benefits before those of the Other Plan.

**Order of Benefit Determination Rules**

This Plan determines its order of benefits using the first of the following rules which applies:

a. Non-Dependent/Dependent

The benefits of the Plan which covers the person as an Employee, Member, or Subscriber (that is, other than as a Dependent) are determined before those of the Plan which covers the person as a Dependent, except that:

- if the person is also a Medicare beneficiary and,
- if the rule established by the Social Security Act of 1965 as amended makes Medicare secondary to the Plan covering the person as a Dependent of an active Employee, then the order of benefit determination shall be:

  – benefits of the Plan of an active Employee covering the person as a Dependent;

  – Medicare;

  – benefits of the Plan covering the person as an Employee, Member, or Subscriber.

b. Dependent Child/Parents Not Separated or Divorced

Except as stated in (c) below, when This Plan and another Plan cover the same child as a Dependent of different persons, called "parents":

- the benefits of the Plan of the parent whose birthday falls earlier in a year are determined before those of the Plan of the parent whose birthday falls later in that year; but
- if both parents have the same birthday, the benefits of the Plan which has covered one parent longer are determined before those of the Plan which has covered the other parent for a shorter period of time.

However, if the Other Plan does not have the rule described immediately above, but instead has a rule based upon the gender of the parent, and if, as a result, the Plans do not agree on the order of benefits, the rule in the Other Plan will determine the order of benefits.

c. Dependent Child/Separated or Divorced Parents

If two or more Plans cover a person as a Dependent child of divorced or separated parents, benefits for the child are determined in this order:

- first, the Plan of the parent with custody of the child;
- then, the Plan of the spouse of the parent with the custody of the child; and
- finally, the Plan of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the health care expense of the child, and the entity obligated to pay or provide the benefits of the Plan of that parent has actual knowledge of those terms, the benefits of that Plan are determined first. The Plan of the other parent shall be the Secondary Plan. This paragraph does not apply with respect to any Claim Determination Period or Plan Year during which any benefits are actually paid or provided before the entity has that actual knowledge.

If the specific terms of a court decree state that the parents shall share joint custody, without stating that one of the parents is responsible for the health care expenses of the child, the Plans covering the child shall follow the order of benefit determination rules

outlined in the first bullet under Paragraph b, Dependent Child/Parents Not Separated or Divorced.

d. Active/Inactive Employee

The benefits of a Plan which covers a person as an Employee who is neither laid off nor retired are determined before those of a Plan which covers that person as a laid off or retired Employee. The same would hold true if a person is a Dependent of a person covered as a retiree and an Employee. If the Other Plan does not have this rule, and if, as a result, the Plans do not agree on the order of benefits, this Rule is ignored.

e. Continuation Coverage

If a person whose Coverage is provided under a right of continuation pursuant to federal or state law also is covered under another Plan, the following shall be the order of benefit determination:

- first, the benefits of a Plan covering the person as an Employee, Member, or Subscriber (or as that person's Dependent);
- second, the benefits under the continuation coverage.

If the Other Plan does not have the Rule described above, and if, as a result, the Plans do not agree on the order of benefits, this Rule is ignored.

f. Longer/Shorter Length of Coverage

If none of the above Rules determines the order of benefits, the benefits of the Plan which has covered an Employee, Member, or Subscriber longer are determined before those of the Plan which has covered that person for the shorter term.

To determine the length of time a person has been covered under a Plan, two Plans shall be treated as one if the claimant was eligible under the second within twenty-four hours after the first ended.

The start of the new Plan does not include:

- a change in the amount or scope of a Plan's benefits;
- a change in the entity which pays, provides, or administers the Plan's benefits; or
- a change from one type of Plan to another (such as, from a single Employer Plan to that of a multiple Employer plan).

The claimant's length of time covered under a Plan is measured from the claimant's first date of coverage under that Plan. If that date is not readily available, the date the claimant first became a Member of the group shall be used as the date from which to determine the length of time the claimant's coverage under the present Plan has been in force.

If the Other Plan does not contain provisions establishing the Order of Benefit Determination Rules, the benefits under the Other Plan will be determined first. However, if the Other Plan does contain provisions establishing the Order of Benefit Determination Rules but the Other Plan does not apply these Rules to specific Member claims (for example, prescription drug claims), the benefits under the Other Plan relating to these specific Member claims will be determined first.

g. Plans with Excess and Other Non-conforming COB Provisions

Some Plans declare their coverage "in excess" to all Other Plans, "always Secondary" or otherwise not governed by COB rules. These Plans are called "**Non-complying Plans**."

**Rules**. This Plan coordinates its benefits with a Non-complying Plan as follows:

- If This Plan is the Primary Plan, it will provide its benefits on a primary basis.

- If This Plan is the Secondary Plan, it will provide benefits first, but the amount of benefits and liability of This Plan will be limited to the benefits of a Secondary Plan.
- If the Non-complying Plan does not provide information needed to determine This Plan's benefits within a reasonable time after it is requested, This Plan will assume that the benefits of the Non-complying Plan are the same as the benefits of This Plan and provide benefits accordingly.
- If the Non-complying Plan reduces its benefits so that benefits received by You are less than those You would have received if the Non-complying Plan provided its benefits as the Primary Plan and This Plan provided its benefits as the Secondary Plan, then This Plan may advance the difference to You or on Your behalf. The benefits advanced shall not exceed the benefits This Plan would have provided if it had been the Primary Plan, less any benefits already provided as the Secondary Plan. In consideration of such advance, This Plan shall be subrogated to all of Your rights against the Non-complying Plan. Such advance shall also be without prejudice to any independent claims This Plan may have against the Non-complying Plan in the absence of such subrogation.

## SUBROGATION AND RIGHT OF RECOVERY

You agree that the Plan shall be subrogated to and/or have the right to recover amounts paid to provide Covered Services to You and Your Covered Dependents for illnesses or injuries caused by third parties, including the right to recover the reasonable value of prepaid services rendered by Network Providers.

The Plan shall have first lien against any payment, judgment or settlement of any kind that You or Your Covered Dependents receive from or on behalf of such third parties for medical expenses, for the costs of Covered Services and any costs of recovering such amounts from those third parties. The Plan may notify those parties of its lien without notice to or consent from You or Your Covered Dependents.

Without limitation, the Plan may enforce its rights of subrogation and recovery against any tort feasors, other responsible third parties or against available insurance coverages, including underinsured or uninsured motorist coverages. Such actions may be based in tort, contract or other cause of action to the fullest extent permitted by law.

To enable the Plan to protect its rights under this section, You are required to notify the Plan promptly if an illness or injury is caused by a third party. You are also required to cooperate with the Plan and to execute any documents that the Plan deems necessary to protect its rights under this section. If You or Your Covered Dependents settle any claim or action against any third party without the Plan's consent, You shall be deemed to have been made whole by the settlement, and the Plan shall be entitled to immediately collect the present value of its rights as a first priority claim from the settlement fund. Any such proceeds of settlement or judgment shall be held in trust by You for the Plan's benefit. The Plan shall also be entitled to recover reasonable attorneys' fees incurred in collecting proceeds held by You in such circumstances.

## Section XIV
## Limitations/Exclusions

The services and supplies described in this Contract are subject to Medical Necessity, Coverage provisions and the following limitations and exclusions. **When a service or supply is limited or excluded, all expenses related to and in connection with the service and/or supply will also be limited or excluded**. Read this section carefully before submitting a claim.

### PRE-EXISTING CONDITION WAITING PERIOD

A Member will not be eligible to receive benefits for Pre-Existing Conditions (as defined in Definitions) until the Member has completed a waiting period of at least 12 months beginning with the Effective Date of the Member's Coverage.

**In addition to the above waiting period, a Member must have TRHH Family Coverage for nine consecutive months before the Member is eligible to receive maternity benefits. Individual Coverage has no maternity benefits.**

### EXCLUSIONS

1. Services or supplies not prescribed or performed by an Eligible Provider (as defined in the Definitions).
2. Services or supplies which the Administrator determines are not Medically Necessary and Medically Appropriate.
3. Services provided before the Member's Coverage begins or after this Coverage is terminated. Services for a Pre-Existing Condition during the Pre-Existing Condition Waiting Period.
4. A drug, device, or medical treatment or procedure which is Investigational (as defined in the Definitions).
5. Any work related illness or injury (unless resulting from self-employment not subject to Workers Compensation insurance requirements).
6. Services or supplies furnished without cost under the laws of any government except Medicaid (TennCare[SM]) coverage provided by the State of Tennessee.
7. Illness or injury resulting from war.
8. Services and supplies for which the Member is not required or legally obligated to pay.
9. Services, supplies or prosthetics for Cosmetic Services. Services, supplies, or prosthetics primarily to change or improve appearance or which are provided in order to correct or repair the results of a prior surgical procedure the primary purpose of which was to change or improve appearance, except as otherwise specified in this Contract.
10. Self-treatment or services provided by any person related to a Member by blood or marriage or any person who resides in the Member's immediate household. A Pharmacist may not be You or a member of Your immediate household.
11. Services rendered by providers other than Eligible Providers as defined in the Definitions section in this Contract.
12. Services paid under any other group, blanket or franchise insurance coverage; any other BlueCross or BlueShield group contract, other health insurance plan, union welfare plan, or labor-management trust plan.
13. Personal, physical fitness, recreational or convenience items and services such as: diapers, disposable underpads, and incontinence pads; barber and beauty services; television; breast

pumps; air conditioners; humidifiers; air filters; heaters; physical fitness equipment or programs; recreational equipment; saunas; whirlpools; water purifiers; swimming pools; tanning beds; weight loss programs; home modifications or improvements; motorized vehicles (except Medically Necessary and Medically Appropriate electric wheelchairs).

14. Telephone and e-mail consultations, unless approved by the Administrator; charges incurred due to failure to keep a scheduled appointment; charges to complete forms or to provide requested medical information or records; writing or calling in a prescription; depositions, testimony or court related fees; handling fees, postage, shipping, mail charges or sales tax; admitting orders unless billed with in-hospital medical visits.

15. Hospital admissions which are primarily for diagnostic studies.

16. Whole blood, blood components, and blood derivatives which are not officially classified as drugs.

17. Custodial Care, such as help in walking, getting in or out of bed, or any service that could be performed by non-professional personnel.

18. Routine foot care including, but not limited to, trimming of toe nails, except for diabetic patients. Foot orthotics, shoe inserts and custom made shoes except for diabetic patients or as part of a leg brace.

19. Routine physical examinations and screening examinations, except as otherwise specified in this Contract.

20. Immunizations and vaccinations, including but not limited to, flu shots, flu mist, Human Papilloma Virus (HPV) and shots for traveling outside of the United States, except as otherwise specified in this Contract. Administration charges for non-covered immunizations and vaccinations are not eligible.

21. Services or supplies for dental care, except as otherwise specified in this Contract. Dental services include routine, restorative, prosthetic and orthodontic services.

22. Routine vision screenings. Eyeglasses, contact lenses, and examinations for and the fitting of eyeglasses and contact lenses, except as otherwise specified in this Contract. Eye exercises and/or therapy and visual training.

23. Routine hearing screenings. Hearing aids and examinations for prescribing or fitting of hearing aids. For the purpose of this Coverage, "hearing aids" shall include any service, device or surgical procedure designed to restore or enhance the ability to hear, including, but not limited to, audient bone conductor, electromagnetic, and/or surgically implanted devices (such as cochlear implant).

24. Hospital admissions primarily for physical therapy.

25. Habilitative services of any kind (services to achieve a level of functioning that the Member has never attained). Rehabilitative services including, but not limited to, aquatic therapy, hydrotherapy, educational therapy, occupational therapy, speech therapy, recreational therapy, massage therapy, fluidotherapy, craniosacral therapy, vision exercise therapy, neuromuscular reeducation, cognitive rehabilitation, nutrition therapy, dietary supplements (vitamins), and acupuncture, unless otherwise specified in this Contract.

    (If the Administrator determines that services during a continuous Hospital confinement have developed into primarily rehabilitative services, that portion of the stay beginning on the day of such development shall not be covered under this Plan.)

26. Surgery to change sex and related services.

27. Services or supplies that are designed to medically enhance a Member's level of fertility in the absence of a disease state, create a pregnancy, or improve conception quality. Services include, but are not limited to: artificial insemination; in vitro fertilization; fallopian tube reconstruction; uterine reconstruction; assisted reproductive technology (ART) including, but not limited to, GIFT and ZIFT; fertility injections; fertility drugs; sperm preservation; services for follow up care related to infertility treatments.

    However, a service or supply may be covered if it is provided to treat an illness or underlying medical condition resulting in infertility, which include treatment to correct a previous tubal pregnancy and treatment by ovulatory drugs (such as clomid) or hormonal treatment used primarily to treat irregular menstrual periods.

28. Services covered under Medicare, except as required by applicable state or federal law.
29. Non-medical self-care or self-help training and any related diagnostic testing or medical social services.
30. Services, surgeries or supplies to detect or correct refractive errors of the eye.
31. Services or supplies incurred after a Concurrent Review determines the services and supplies are no longer Medically Necessary and Medically Appropriate.
32. Charges in excess of the Maximum Allowable Charge for a service or supply.
33. Services rendered for or in connection with physical therapy which consist primarily in the application, supervision, or direction in the use of exercise or physical fitness equipment--whether or not such services are rendered by an Eligible Provider.
34. Services or supplies for inpatient treatment of bulimia, anorexia, or other eating disorders which consist primarily of behavior modification, diet and weight monitoring, and educational services.
35. Any treatment, service or supply including, but not limited to, surgical procedures for the treatment of obesity or morbid obesity. Any treatment, service or supply arising out of the rendering of, or failure to render, treatment for obesity or morbid obesity.
36. Services or expenses for treatment of illness or injury sustained in the commission of a crime or for treatment while confined in a prison, jail or other penal institution or while in the custody of any government or law enforcement entity.
37. Room, board, and general nursing care rendered on the date of discharge, unless both admission and discharge occur on the same day.
38. A second or third surgical opinion rendered by a Physician in the same medical group or practice as (a) the Physician who initially recommended the surgery, or (b) the Physician who rendered the second surgical opinion.
39. Staff consultations required by Hospital rules.
40. Prosthetic appliances or items of Durable Medical Equipment to replace those which were lost, damaged (self-inflicted), stolen or prescribed as a result of improved technology.
41. Dental appliances, including those used for correction of jaw malformations, except where prescribed as part of a surgical procedure necessary to restore a major bodily function or except as otherwise specified in this Contract.
42. Inpatient private duty nursing in an acute care Hospital.
43. Over-the-counter drugs (not requiring a prescription), unless required by law or specifically designated as covered under this Plan; prescription devices, dietary supplements, nutritional

supplements, vitamins, except those which by law require a prescription; and/or prescription drugs dispensed in a doctor's office. Medical supplies that can be obtained without a prescription (except for diabetic supplies) including, but not limited to, adhesive bandages, dressing material for home use, antiseptics, medicated creams and ointments, cotton swabs, and eyewash.

44. Replacement of implanted cataract lenses.

45. Court-ordered treatment for a Member unless benefits are otherwise payable.

46. Medical treatment for which a Member has been reimbursed under a mass tort or class action lawsuit, settlement or judgment.

47. Any treatment, services or supplies required as a result of attempted suicide or an intentionally self-inflicted illness or injury whether sane or insane, including any treatment, services or supplies arising out of the rendering of, or failure to render, treatment of any such attempted suicide or self-inflicted illness or injury.

48. Cranial prostheses (Wigs).

49. Services or supplies for the reversal of sterilization.

50. Well child services, except as otherwise specified in this Contract.

51. An artificial heart or any other artificial organ, or any associated expense.

52. Maintenance medications for substance abuse disorders including, but not limited to, Methadone and Buprenorphine.

53. Treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmia and decreased libido. Treatment includes prescription drugs (such as Viagra, Cialis, etc.) and prosthetic appliances.

54. Services or expenses in connection with a surrogate birth. Surrogate birth means:
    - The union of an egg and sperm then placed in another woman to carry to term; or
    - The insemination of a woman under contract, who carries to term and relinquishes the child to the biological father (and his wife) to parent.

55. Orthognathic surgery or other similar maxillofacial surgery intended to treat appearance, TMJ syndrome, malocclusion, underbite, overbite, misalignment of teeth, hypognathia, hypergnathia, or other similar maxillo-mandibular conditions, except as otherwise specified in the Orthognathic Surgery benefit in the Member Benefits section of this Contract. This exclusion supersedes any other provision in this Contract that may be interpreted as offering coverage for this type of surgery, such as provisions of treatment of TMJ and congenital malformations.

56. Orthotripsy (extracorporeal shock wave therapy for musculoskeletal conditions).

57. Speech devices and examinations for prescribing or fitting of speech devices, including but not limited to Dynavox.

58. Any medical treatment, services or supplies required as a result of taking an illegal drug or substance.

59. Marriage counseling, pastoral counseling, conjoint therapy, sex therapy, assertiveness training, hypnosis and regressive hypnotic techniques.

60. Cranial orthosis, including helmet or headband, for the treatment of plagiocephaly.

61. Genetic testing and genetic counseling for preventive services.

62. Services and supplies related to complications of Non-Covered Services.

63. Nicotine replacement therapy and aids to smoking cessation including, but not limited to, patches or prescription drugs.

64. Prescription drugs intended to terminate a pregnancy including, but not limited to, RU-486.

65. Ambulance charges for dispatch of an Ambulance that is not used by a Member; charges for transport to a Physician's office, outpatient department of a Hospital for medical care or the patient's home; or charges for waiting time and extrication.

66. Services not listed in this Contract as a Covered Service.

## NOTICE OF PRIVACY PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY & KEEP ON FILE FOR REFERENCE.**

## LEGAL OBLIGATIONS

TRH Health Insurance Company (TRHH) is required by law to maintain the privacy of all medical information within its organization; provide this notice of privacy practices to all members; inform members of our legal obligations; and advise members of additional rights concerning their medical information. TRHH must follow the privacy practices contained in this notice from its **effective date of October 14, 2010**, and continue to do so until this notice is changed or replaced.

TRHH reserves the right to change its privacy practices and the terms of this notice at any time, provided applicable law permits the changes. Any changes made in these privacy practices will be effective for all medical information that is maintained including medical information created or received before the changes were made. All members will be notified of any changes by receiving a new notice of privacy practices.

You may request a copy of this notice of privacy practices at any time by contacting Ryan D. Brown, TRHH, Chief Compliance and Privacy Officer, P.O. Box 313, Columbia, TN 38402-0313.

## USES AND DISCLOSURES OF MEDICAL INFORMATION

Your medical information may be used and disclosed for treatment, payment and health care operations. For example:

**TREATMENT**: Your medical information may be disclosed to a doctor or hospital that requests it to provide treatment to you or for disease and case management programs.

**PAYMENT**: Your medical information may be used or disclosed to pay claims for services which are covered under your health care coverage.

**HEALTH CARE OPERATIONS**: Your medical information may be used and disclosed to determine premiums, conduct quality assessment and improvement activities, to engage in care coordination or case management, to pursue Right of Recovery and Reimbursement/Subrogation, accreditation, conducting and arranging legal services, underwriting and rating, and for other administrative purposes.

**AUTHORIZATIONS**: You may provide written authorization to use your medical information or to disclose it to anyone for any purpose. You may revoke this authorization in writing at any time but this revocation will not affect any use or disclosure permitted by your authorization while it was in effect. Unless you give written authorization, we cannot use or disclose your medical information for any reason except those described in this notice.

**PERSONAL REPRESENTATIVE**: Your medical information may be disclosed to you or to a family member, friend or other person to the extent necessary to assist with your health care or with payment for your health care but only if you agree we may do so or if they have the legal right to act for you, as described in the Individual Rights section of this notice.

**UNDERWRITING**: Your medical information may be received for underwriting, premium rating or other activities relating to the creation, renewal, or replacement of health care coverage

or benefits. If TRHH does not issue that health care coverage, your medical information will not be used or further disclosed for any purpose, except as required by law.

**RESEARCH**: Your medical information may be used or disclosed for research purposes provided that certain established measures to protect your privacy are in place.

**MARKETING**: Your medical information may be used to contact you with information about health-related benefits, services or treatment alternatives that may be of interest to you. Your medical information may be disclosed to a business associate to assist us in these activities. Unless the information is provided to you by a general newsletter or in person or is for products or services of nominal value, you may opt-out of receiving further information by telling us.

**AS REQUIRED BY LAW**: Your medical information may be used or disclosed as required by state or federal law. For example, we will use and disclose your PHI in responding to court and administrative orders and subpoenas, and to comply with workers' compensation laws. We will disclose your PHI when required by the Secretary of Health and Human Services and state regulatory authorities.

**COURT OR ADMINISTRATIVE ORDER**: Medical information may be disclosed in response to a court or administrative order, subpoena, discovery request, or other lawful process, under certain circumstances.

**MATTERS OF PUBLIC INTEREST**: Medical information may be released to appropriate authorities under reasonable assumption that you are a possible victim of abuse, neglect or domestic violence or the possible victim of other crimes. Medical information may be released to the extent necessary to avert a serious threat to your health or safety or to the health or safety of others. Medical information may be disclosed when necessary to assist law enforcement officials to capture an individual who has admitted to participation in a crime or has escaped from lawful custody. Medical information may be disclosed for purposes of child abuse reporting.

**MILITARY AUTHORITIES**: Medical information of Armed Forces personnel may be disclosed to Military authorities under certain circumstances. Medical information may be disclosed to federal officials as required for lawful intelligence, counterintelligence, and other national security activities.

**BUSINESS ASSOCIATES:** From time to time we engage third parties to provide various services for us. Whenever an arrangement with such a third party involves the use or disclosure of your PHI, we will have a written contract with that third party designed to protect the privacy of your PHI. For example, we may share your information with business associates who process claims or conduct disease management programs on our behalf.

## INDIVIDUAL RIGHTS

You have the following rights. To exercise these rights, you must make a written request on our standard form. To obtain the form, call 931-388-7872. Forms are also available at www.trh.com.

**ACCESS:** You have the right to receive or review copies of your medical information, with limited exceptions. You may request a format other than photocopies, which will be used unless the company cannot practicably do so. Any request to obtain access to your medical information must be made in writing. You may obtain a form to request access by using the contact information at the end of this notice or you may send us a letter requesting access to the address located at the end of this notice. If you request copies, there will be a charge of $ .25 per page and $10 for staff time to review, copy and prepare your medical information, and postage if you want the copies mailed to you. If your PHI is maintained in an electronic health record ("EHR") you also have the right to request that an electronic copy be sent to you or to another individual or entity. The fee for providing an electronic copy may not be greater than our labor costs in responding to your request for such a copy. If you request an alternative format, the charge will

be cost-based for providing your medical information in that format. For a more detailed explanation of the fee structure, please contact our office using the information at the end of this notice. TRHH requires advance payment before copying your medical information.

**ACCOUNTING:** You have the right to receive an accounting of the disclosures of your medical information made by our company or by a business associate of our company. This accounting will list each disclosure that was made of your medical information for any reason other than treatment, payment, health care operations and certain other activities since April 14, 2003; however, if disclosures for purposes of treatment, payment, or health care operations were made through an EHR, you have the right to request an accounting for such disclosures made during the previous three years. This accounting will include the date the disclosure was made, the name of the person or entity the disclosure was made to, a description of the medical information disclosed, the reason for the disclosure, and certain other information. If you request an accounting more than once in a 12-month period, there may be a reasonable cost-based charge for responding to these additional requests. For a more detailed explanation of the fee structure, please contact our office using the information at the end of this notice.

**DESIGNATION OF PERSONAL REPRESENTATIVE:** You have the right to designate a family member, friend or other person as your personal representative. Your medical information may be disclosed to your personal representative to the extent necessary to help with your health care or with payment for your health care. You may obtain a form to designate a personal representative by using the contact information at the end of this notice.

**RESTRICTIONS ON DISCLOSURES:** You have the right to request restrictions on the company's use or disclosure of your medical information. Generally the company is not required to agree to these additional requests. If you paid out-of-pocket for a specific item or service, you have the right to request that medical information with respect to that item or service not be disclosed to a health plan for purposes of payment or health care operations and we are required to honor that request. You also have the right to request a limit on the medical information we communicate about you to someone who is involved in your care or the payment for your care. Any agreement to restrictions on the use and disclosure of your medical information must be in writing and signed by a person authorized to make such an agreement on behalf of the company; such restrictions shall not apply to disclosures made prior to granting the request for restrictions. The company will not be bound unless the agreement is so memorialized in writing.

**CONFIDENTIAL COMMUNICATIONS:** You have the right to request confidential communications about your medical information by alternative means or alternative locations. You must inform the company that confidential communication by alternative means or to an alternative location is required to avoid endangering you. You must make your request in writing and you must state that the information could endanger you if it is not communicated by the alternative means or to the alternative location requested. The company must accommodate the request if it is reasonable, specifies the alternative means or location, and continues to permit us to collect premium and pay claims under your health plan.

**AMENDMENT:** You have the right to request that the company amend your medical information. Your request must be in writing and it must explain why the information should be amended. The company may deny your request if the medical information you seek to amend was not created by our company or for certain other reasons. If your request is denied, the company will provide a written explanation of the denial. You may respond with a statement of disagreement to be appended to the information you wanted amended. If the company accepts your request to amend the information, the company will make reasonable efforts to inform others, including the people you name, of the amendment and to include the changes in any future disclosures of that information.

**BREACH NOTIFICATION:** You have the right to receive notice of a breach. We are required to notify you by first class mail or by e-mail (if you have indicated a preference to receive information by e-mail), of any breaches of Unsecured Protected Health Information as

soon as possible, but in any event, no later than 60 days following the discovery of the breach. "Unsecured Protected Health Information" is information that is not secured through the use of a technology or methodology identified by the Secretary of the U.S. Department of Health and Human Services to render the PHI unusable, unreadable, and undecipherable to unauthorized users. The notice is required to include the following information:

- A brief description of the breach, including the date of the breach and the date of its discovery, if known;
- A description of the type of Unsecured PHI involved in the breach;
- Steps you should take to protect yourself from potential harm resulting from the breach;
- A brief description of the actions we are taking to investigate the breach, mitigate losses, and protect against further breaches;
- Contact information, including a toll-free telephone number, e-mail address, Web site, or postal address to permit you to ask questions or obtain additional information.

In the event the breach involves 10 or more patients whose contact information is out of date we will post a notice of the breach on the home page of our Web site or in a major print or broadcast media. If the breach involves more than 500 individuals in the state or jurisdiction, we will send notices to prominent media outlets. If the breach involves more than 500 individuals, we are required to immediately notify the Secretary of Health and Human Services. We also are required to submit an annual report to the Secretary of Health and Human Services of a breach that involves less than 500 individuals during the year and we will maintain a written log of breaches involving less than 500 patients.

If you receive this notice on the TRHH web site or by any other electronic means, you may request a written copy of this notice by using the contact information at the end of this notice.

## COMPLAINTS, QUESTIONS AND CONCERNS

If you want more information concerning the companies' privacy practices or you have questions or concerns, please contact our Privacy Office.

If you are concerned that: (1) the company has violated your privacy rights; (2) you disagree with a decision made about access to your medical information or in response to a request you made to amend or restrict the use or disclosure of your medical information; (3) to request that the company communicate with you by alternative means or at alternative locations, you may complain to us using the contact information below. You may also submit a written complaint to the U.S. Department of Health and Human Services. The address to file a complaint with the U.S. Department of Health and Human Services will be provided upon request.

The company supports your right to protect the privacy of your medical information. There will be no retaliation in any way if you choose to file a complaint with TRH Health Insurance Company or with the U.S. Department of Health and Human Services.

**The Privacy Office**
**TRH Health Insurance Company**
**147 Bear Creek Pike, Columbia, TN 38401**
**Phone (931) 388-7872**
**E-mail:** privacyoffice@trh.com

10/2010



Case 1:11-cv-00164-CLC-SKL Document 1-2 Filed 06/21/11 Page 33 of 34 PageID #: 76

## Section XVI
## Shared Health®

Shared Health® is a company created to improve the quality, safety and efficiency of health care by connecting medical providers and members. Its web-based Shared Health Clinical Health Records® (CHR) securely connects authorized medical providers to a patient's health information at the point of care.

**How does your Shared Health CHR help you?**

Your CHR can help in emergencies. If a member is in an emergency room and unable to communicate, his/her medical information is available through their CHR. So answers to critical questions regarding allergies, drug interactions, or even a primary care physician's name are available when doctors need them most.

Your CHR can serve when memory can't. With Shared Health® CHR, relevant medical history will exist when memory fails.

Your CHR can create an immunization record for your children. With the Shared Health® CHR, your child's complete immunization history is stored in one place and is easily updatable and securely viewable by physicians.

Your CHR is available to view anytime. Through mySharedHealth®, you can view your CHR anytime. You can also print it and take it with you to doctor's appointments.

**To view your CHR, register through mySharedHealth® at www.sharedhealth.com.**

Your CHR is protected by Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. In addition, the Shared Health® system meets the highest information security standards and features a clinician authorization system ensuring that only credentialed users may access your record. TRHH and unaffiliated third parties will not have access to your CHR.

Shared Health® CHR is a voluntary program. For more information or to opt out, contact Shared Health® at 1-888-283-6691 or visit their website.